UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BERGERON ET AL.,<br>Plaintiffs<br><br>v.<br><br>ANDREA CABRAL, INDIVIDUALLY<br>And SHERIFF OF SUFFOLK COUNTY,<br>Defendant | C. A. No. 05-11661-RGS |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for Defendant Andrea Cabral, Sheriff of Suffolk County in the above-captioned matter.

                                                          Respectfully submitted
                                                        For defendant Andrea Cabral,
                                                        Sheriff of Suffolk County
                                                        By her attorney,

                                                        /s/ Ellen M. Caulo
                                                       Ellen M. Caulo
                                                       BBO # 545250
                                                       Deputy General Counsel
                                                       Suffolk County Sheriff's Department
                                                      200 Nashua Street
                                                       Boston, MA  02114
Date:  September 15, 2005                    (617) 961-6681