UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID BERGERON ET AL., )<br>Plaintiffs )<br>)<br>v. )<br>)<br>ANDREA CABRAL, INDIVIDUALLY )<br>And SHERIFF OF SUFFOLK COUNTY, )<br>Defendant )<br>) | C. A. No. 05-11661-RGS |

**ASSENTED TO MOTION OF THE DEFENDANT ANDREA CABRAL, SHERIFF OF SUFFOLK COUNTY FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFFS' COMPLAINT**

Now comes the Defendant Andrea Cabral, Sheriff of Suffolk County and respectfully requests an extension of time until October 3, 2005 to file her answer to the Plaintiffs' complaint. Good cause exists for this Motion.

The Defendant's answer to the Plaintiffs' complaint is due on September 19, 2005. Due to the issues raised in the complaint additional time is necessary to adequately prepare the Defendant's response. Counsel for the Plaintiffs has assented to the Defendant's request for additional time to file her answer.

This Motion is made in good faith and is not made to delay the action, or for any other improper purpose. Therefore, the Defendants respectfully request that the Court grant this Motion and approve the proposed extension of time for the Defendant to file her answer until October 3, 2005.

                                                                         Respectfully submitted
                                                                         Andrea Cabral, Sheriff of Suffolk County
                                                                         By her attorney,

/s/ Ellen M. Caulo
Ellen M. Caulo
BBO# 545250
Deputy General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
(617) 961-6681

Date:   September 15, 2005

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Counsel for the Defendant hereby certifies pursuant to the requirements of Local Rule 7.1(A)(2), she has conferred with counsel for the Plaintiffs and that he has assented to this motion.

/s/ Ellen M. Caulo
Ellen M. Caulo
Deputy General Counsel