UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11661-RGS

DAVID BERGERON, JOHN GRENNON,
LORNE LYNCH, JOHN BARNES,
JOHN ELLIS, TIMOTHY TURLEY,
AL MOSCONE, WILLIAM PENEAU,
ERIC DILIBERO and PAUL GIGLIO,
    Plaintiffs,

V.

ANDREA CABRAL, INDIVIDUALLY and
as SHERIFF OF SUFFOLK COUNTY,
    Defendant.

## PARTIES' JOINT SCHEDULING MEMORANDUM

Pursuant to the court's notice of Scheduling Conference on Rule 16.1(D) of the local rules of the United States District Court for the District of Massachusetts, counsel of the above-named parties have conferred and state as follows:

**I.**     **JOINT DISCOVERY PLAN AND MOTION SCHEDULE**

The parties propose the following pre-trial schedule:

A.     Automatic document disclosure to be concluded on or before December 31, 2005;

B.     Written discovery requests are to be filed by March 31, 2006 and answers/responses are to be filed within the time provided by the rule;

C.     All depositions are to be completed by August 31, 2006, except for expert witnesses;

D.     Plaintiffs' expert witnesses shall be designated by August 31, 2006;

E.     Defendant's expert witnesses shall be designated within thirty (30) days after plaintiffs' disclose said experts as contemplated by F.R.Civ. P. 26(b)(4)(A)(1);

F.   Designation of experts shall include provisions of any information required by the Federal Rules of Civil Procedures and/or the Local Rules of the District of Massachusetts;

G.   Any expert deposition shall be completed within thirty (30) days of defendant's expert designation;

H.   All dispositive motions are to be filed by October 31, 2006 and responses are to be filed thirty (30) days after pursuant to Local Rule 7.1;

I.   The plaintiff shall name other parties, if any, no later than March 31, 2006; and

J.   The final pre-trial conference will be held by order of the court.

The plaintiffs will take no more than ten (10) depositions.

Certifications regarding each parties consultation with counsel regarding budgets and alternative dispute resolutions will be filed separately.

The parties have yet to determine whether or not they will consent to trial by magistrate.

| | |
|---|---|
| Plaintiffs, Bergeron, Grennon, Lynch, Barnes, Ellis, Turley and Moscone, By their attorney, | Defendant, Andrea Cabral, By her attorney, |
| /s/ Stephen C. Pfaff
Douglas I. Louison BBO# 545191
Stephen C. Pfaff BBO# 553057
Merrick, Lousion & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305 | /s/ Ellen M. Caulo
Ellen M. Caulo BBO# 545250
Deputy General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
(617) 961-6681 |

CERTIFICATE OF SERVICE

    I, Stephen C. Pfaff, hereby certify that on the 30th day of November, 2005, I served the foregoing by electronic filing and causing a copy to be mailed, postage prepaid, directed to Ellen Caulo, Esquire, Deputy General Counsel, Suffolk County Sheriff's Department, 200 Nashua Street, Boston, MA 02114

    /s/ Stephen C. Pfaff
    Stephen C. Pfaff