UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID BERGERON ET AL., <br> Plaintiffs <br><br> v. <br><br> ANDREA CABRAL, INDIVIDUALLY <br> And SHERIFF OF SUFFOLK COUNTY, <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C. A. No. 05-11661-RGS |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

    The undersigned certify that they have conferred with a view to establishing a budget for the cost of conducting the litigation and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                                                        Respectfully submitted for the
                                                                        Defendants by,

|  |  |
|---|---|
|  | /s/ Ellen M. Caulo |
| Date: November 29, 2005 | Ellen M. Caulo |
|  | BBO #545250 |
|  | Deputy General Counsel |
|  | 200 Nashua Street |
|  | Boston, MA 02114 |
|  | (617) 961-6681 |
|  |  |
|  | /s/ Andrea J. Cabral |
| Date: November 29, 2005 | Andrea J. Cabral, Sheriff |
|  | Suffolk County Sheriff's Department |
|  | 20 Bradston Street |
|  | Boston, MA 02118 |
|  | (617) 635-1000 |