UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| DAVID BERGERON ET AL.,<br>Plaintiffs<br><br>v.<br><br>ANDREA CABRAL, INDIVIDUALLY<br>And SHERIFF OF SUFFOLK COUNTY,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 05-11661-RGS |

**PARTIES FIRST JOINT MOTION TO EXTEND THE SCHEDULING ORDER**

Plaintiffs David Bergeron et al. and Defendant Andrea Cabral hereby jointly move for a 120-day extension of the scheduling order. As grounds for this Motion the parties state as follows:

1. The Court issued a Scheduling Order on or about December 1, 2005. The Current scheduling order calls for the completion of discovery by August 31, 2006; for the filing of dispositive motions by September 29, 2006; any oppositions due twenty days later; and, reply briefs 7 days after the response.

2. The parties have diligently engaged in discovery including interrogatories, document requests and depositions.

3. This case involves nine plaintiffs and complex issues involving allegations of retaliation based upon protected union activity and political affiliation.

4. Due to scheduling issues of the parties and counsel, the parties do not anticipate that they will be able to complete discovery by the August 31, 2006 deadline.

5. This is the first request for an extension of time and will not prejudice either party.

6. The parties request a 120-day extension for discovery in recognition of the inherent scheduling conflicts associated with the summer months and to assure completion of discovery within the requested time period. 120 days will be sufficient to assure that the parties can accommodate scheduling conflicts for depositions.

WHEREFORE, the parties request that the Court grant a ninety-day extension of the discovery deadline and corresponding dispositive motions such that discovery is completed by January 30, 2007; dispositive motions filed on or before February 28, 2007 and any oppositions due twenty-one days thereafter, and reply briefs seven days after response.

Respectfully submitted,

| | |
|---|---|
| DAVID BERGERON, et al. | SHERIFF ANDREA CABRAL, |
| By their attorneys, | By her attorney, |
| | |
| /s/ Stephen C. Pfaff | /s/ Ellen M. Caulo |
| Stephen C. Pfaff (BBO #553057) | Ellen M. Caulo (BBO #545250) |
| Merrick, Louison & Costello | Suffolk County Sheriff's Department |
| 67 Batterymarch Street | 200 Nashua Street |
| Boston, MA 02111 | Boston, MA 02114 |

**Certificate of Counsel Pursuant to Local Rule 7.1**

Pursuant to L.R. 7.1(A)(2), I certify that I have conferred in good faith with counsel for the Plaintiffs to resolve or narrow the issues raised in this motion, and that the parties jointly reached the agreement represented above.

/s/ Ellen M. Caulo
Ellen M. Caulo