UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID BERGERON ET AL.,<br>Plaintiffs<br><br>v.<br><br>ANDREA CABRAL, INDIVIDUALLY<br>And SHERIFF OF SUFFOLK COUNTY,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No. 05-11661-RGS |

## JOINT MOTION TO ENLARGE TIME FOR FILING SUMMARY JUDGMENT

Now come the parties in the above-entitled matter and jointly request that this Honorable Court enlarge the time for filing Summary Judgment. As reasons therefore, the parties state that on May 9, 2007 the Court granted in part the Defendant's Motion to Compel (Document No. 11), and allowed the Plaintiffs until the close of business on May 18, 2007 to provide the promised responses and documents. Should Plaintiff fail to produce the promised documents, the Court invited the Defendant to refile its Motion for Sanctions. However, the current scheduling order requires dispositive motions to be filed by May 31, 2007. Given that Plaintiffs have until the close of business on May 18, 2007 to produce the responsive discovery (tax returns, medical records, non-privileged union records, signed interrogatories and responses to requests for Admissions) additional time is needed to review the discovery and prepare Summary Judgment.

Wherefore, the parties respectfully request that this Honorable Court allow the Defendant until July 30, 2007 to file Summary Judgment.

Respectfully submitted

Plaintiffs, Bergeron et. al,                                    Defendant, Sheriff Andrea Cabral,

| | |
|---|---|
| By their attorney, | By her attorney, |
| /s/ Stephen C. Pfaff | /s/ Ellen M. Caulo |
| Stephen C. Pfaff, BBO# 553057 | Ellen M. Caulo, BBO#545250 |
| Merrick, Louison & Costello, LLP | Suffolk County Sheriff's Department |
| 67 Batterymarch Street | 200 Nashua Street |
| Boston, MA 02110 | Boston, MA 02110 |

Local Rule 7.1 Certification

I certify that I have consulted with counsel for the Plaintiffs in an effort to Resolve the issues contained within this motion.

/s/ Ellen M. Caulo
Ellen M. Caulo

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF).

/s/ Ellen M. Caulo
Ellen M. Caulo