UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID BERGERON ET AL., ) <br>     Plaintiffs ) <br> ) <br>     v. ) <br> ) <br> ANDREA CABRAL, INDIVIDUALLY ) <br> And SHERIFF OF SUFFOLK COUNTY, ) <br>     Defendant ) | C. A. No. 05-11661-RGS |

### DEFENDANT'S ASSENTED TO MOTION TO ENLARGE THE TIME FOR FILING SUMMARY JUDGMENT

Now comes the Defendant in the above entitled-action and, with the assent of the Plaintiffs asks that this Honorable Court grant a two-week extension to August 13, 2007, for the filing of Summary Judgment. As reasons therefore, Counsel for the Defendant states that given the number of plaintiffs, their individual claims and the size of the summary judgment record, a brief extension is necessary to adequately prepare the Summary Judgment pleadings.

Plaintiffs have assented to this motion and will suffer no prejudice by its allowance.

Wherefore, the Defendant respectfully requests that this Honorable Court allow the Defendant until August 13, 2007 to file Summary Judgment.

Respectfully submitted,

                            For the Defendant,
                            By her Attorney

                            /s/ Ellen M. Caulo
                            Ellen M. Caulo, B.B.O. #545250
                            Deputy General Counsel
                            Suffolk County Sheriff's Department

200 Nashua Street  
Boston, MA  02114  
(617) 961-6681

Date: July 25, 2007

Local Rule 7.1 Certification

I certify that I have consulted with counsel for the Plaintiffs and he has given his assent to this motion.

/s/ Ellen M. Caulo  
Ellen M. Caulo
