UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BERGERON ET AL., )<br>Plaintiffs )<br>)<br>v. )<br>)<br>ANDREA CABRAL, INDIVIDUALLY )<br>And SHERIFF OF SUFFOLK COUNTY, )<br>Defendant )<br>) | C. A. No. 05-11661-RGS |

**DEFENDANT SHERIFF CABRAL'S ASSENTED TO MOTION TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES**

Now comes the Defendant, Sheriff Andrea Cabral and hereby moves that this Honorable Court grant her leave to file a Memorandum of Law in excess of the twenty-page limit of L.R. 7.1(B)(4). Defendant's Memorandum of Law in support of her Motion for Summary Judgment is fifty-eight (58) pages in length. As grounds therefore, Defendant states:

1. There are ten Plaintiffs in this action

2. Each of the Plaintiffs alleges that they suffered numerous adverse employment actions in retaliation for their political affiliation and protected union activity.

3. The claims raised by the Plaintiffs in their Complaint cannot, in the circumstances of this case, be adequately addressed in a memorandum of twenty pages.

Plaintiffs have assented to this Motion and will suffer no prejudice by its allowance.

Wherefore, the Defendant respectfully requests that this Honorable Court grant

1

her request to exceed the page limitations of Local Rule 7.1(B)(4) and allow her to file a fifty-eight (58) page Memorandum of Law in Support of Her Motion For Summary Judgment.

    Respectfully submitted,
    For Defendant Sheriff Cabral
    By her Attorney,


    /s/ Ellen M. Caulo
    Ellen M. Caulo, BBO #545250
    Deputy General Counsel
    Suffolk County Sheriff's Department
    200 Nashua Street
    Boston, MA 02114
    (617) 961-6681


Date: August 13, 2007


## Local Rule Certification

I, Ellen M. Caulo, hereby certify pursuant to Local Rule 7.1 that I have conferred with counsel for the Plaintiffs and that counsel has assented to this motion.

    /s/ Ellen M. Caulo
    Ellen M. Caulo