UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID BERGERON ET AL.,<br>    Plaintiffs<br><br>    v.<br><br>ANDREA CABRAL, INDIVIDUALLY<br>And SHERIFF OF SUFFOLK COUNTY,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 05-11661-RGS<br>)<br>)<br>)<br>) |

# **DEFENDANT SHERIFF ANDREA CABRAL'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Defendant, Sheriff Andrea Cabral, and pursuant to Fed.R.Civ.P. 56(c) respectfully requests that this Honorable Court grant summary judgment in her favor.

As grounds therefore, Sheriff Cabral contends that no genuine issues of material fact exist and she is entitled to Judgment as a Matter of Law on both Counts of the Plaintiffs' Complaint. Sheriff Cabral further relies on the attached Memorandum of Law and Exhibits.

                                              Respectfully submitted
                                              For Sheriff Andrea Cabral
                                              By her attorney

                                              /s/ Ellen M. Caulo
                                              Ellen M. Caulo, BBO #545250
                                              Deputy General Counsel
                                              Suffolk County Sheriff's Department
                                              200 Nashua Street
                                              Boston, MA 02114
                                              (617) 961-6681

Date:   August 13, 2007

## Local Rule 7.1 Certification

I hereby certify that I conferred with counsel for the Plaintiff in an attempt to narrow the issues raised by Defendant's Motion for Summary Judgment.

/s/ Ellen M. Caulo
Ellen M. Caulo