UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID BERGERON ET AL., <br> Plaintiffs <br><br> v. <br><br> ANDREA CABRAL, INDIVIDUALLY <br> And SHERIFF OF SUFFOLK COUNTY, <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C. A. No. 05-11661-RGS |

## DEFENDANT SHERIFF CABRAL'S MOTION TO FILE EXHIBITS ONE DAY LATE

Now comes the Defendant, Sheriff Andrea Cabral and hereby moves that this Honorable Court grant her leave to file her Statement of Facts and exhibits in support of her Motion for Summary Judgment one day late. There are fifty exhibits to the Statement of Facts. The Motion for Summary Judgment and Memorandum of Law in support thereof were timely filed. However, the exhibits and the Statement of Facts were not completely filed until 7:30 p.m. on August 13, 2007 because of difficulty converting the exhibits into an appropriate format to be electronically filed.

The Plaintiffs will suffer no prejudice by the allowance of this motion.

Wherefore, the Defendant respectfully requests that this Honorable Court grant this motion and allow her to file the Statement of Facts and exhibits one day late.

                                                Respectfully submitted,
                                                For Defendant Sheriff Cabral
                                                By her Attorney,

                                                /s/ Ellen M. Caulo
                                                Ellen M. Caulo, BBO #545250

                    Deputy General Counsel
                    Suffolk County Sheriff's Department
                    200 Nashua Street
                    Boston, MA 02114
                    (617) 961-6681

Date: August 14, 2007

### Local Rule Certification

I, Ellen M. Caulo, hereby certify pursuant to Local Rule 7.1 that I left a message for Plaintiffs' counsel on August 13, 2007 in an attempt to resolve the issues raised by this motion.

                    /s/ Ellen M. Caulo
                    Ellen M. Caulo