UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11661-RGS

DAVID BERGERON, JOHN GRENNON,
LORNE LYNCH, JOHN BARNES,
JOHN ELLIS, TIMOTHY TURLEY,
AL MOSCONE, WILLIAM PENEAU,
ERIC DILIBERO and PAUL GIGLIO,
    Plaintiffs,

V.

ANDREA CABRAL, INDIVIDUALLY and
as SHERIFF OF SUFFOLK COUNTY,
    Defendant.

**PLAINTIFFS' ASSENTED TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The plaintiffs, David Bergeron, John Grennon, Lorne Lynch, John Barnes, John Ellis, Timothy Turley, Al Moscone, Wililam Peneau, Eric Dilibero and Paul Giglio, hereby move this Honorable Court for an extension of time of three weeks up to and including September 17, 2007 within which to submit opposition to the defendants' Motion fo Summary Judgment.

As grounds therefor, the plaintiffs state that defendant's summary judgment motion and memorandum of law is voluminous and contains a plethora of exhibits, and that due to plaintiffs counsel's trial schedule for the month of September 2007, additional time is need to prepare an adequate opposition.

Additionally, plaintiff's counsel has assented to the motion.

Wherefore, plaintiffs request this Honorable Court to allow their motion to file their opposition to defendant's summary judgment up to and including September 17, 2007.

                                        Plaintiffs, Bergeron, Grennon, Lynch,
                                        Barnes, Ellis, Turley and Moscone,
                                        By their attorney,

/s/ *Stephen C. Pfaff*
_____
Douglas I. Louison BBO# 545191
Stephen C. Pfaff BBO# 553057
Merrick, Lousion & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

    I, Stephen C. Pfaff, hereby certify that on the 27th day of August, 2007, I served the foregoing by causing a copy to be directed, electronically, to Ellen Caulo, Esquire, Deputy General Counsel, Suffolk County Sheriff's Department, 200 Nashua Street, Boston, MA 02114

/s/ *Stephen C. Pfaff*
_____
Stephen C. Pfaff