UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11661-RGS

DAVID BERGERON, JOHN GRENNON,
LORNE LYNCH, JOHN BARNES,
JOHN ELLIS, TIMOTHY TURLEY,
AL MOSCONE, WILLIAM PENEAU,
ERIC DILIBERO and PAUL GIGLIO,
    Plaintiffs,

V.

ANDREA CABRAL, INDIVIDUALLY and
as SHERIFF OF SUFFOLK COUNTY,
    Defendant.

### PLAINTIFFS' ASSENTED TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiffs, David Bergeron, John Grennon, Lorne Lynch, John Barnes, John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilibero and Paul Giglio, hereby move this Honorable Court for an extension up to and including September 21, 2007 within which to submit opposition to the defendants' Motion for Summary Judgment.

As grounds therefor, the Plaintiffs state that due to defendants' counsel's trial schedule and the extensive documents produced in this case, another extension is needed. This will be the Plaintifls last request for an extension.

Additionally, defendants' counsel has assented to the motion.

Wherefore, plaintiffs request this Honorable Court to allow their motion to file their opposition to defendants' summary judgment up to and including September 21, 2007.

Plaintiffs,
By their attorney,

/s/ *Stephen C. Pfaff*
_____
Douglas I. Louison BBO# 545191
Stephen C. Pfaff BBO# 553057
Merrick, Lousion & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

    I, Stephen C. Pfaff, hereby certify that on the 14th day of September, 2007, I served the foregoing by causing a copy to be directed, electronically, to Ellen Caulo, Esquire, Deputy General Counsel, Suffolk County Sheriff's Department, 200 Nashua Street, Boston, MA 02114

/s/ *Stephen C. Pfaff*
_____
Stephen C. Pfaff