UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11661-RGS

DAVID BERGERON, JOHN GRENNON,
LORNE LYNCH, JOHN BARNES,
JOHN ELLIS, TIMOTHY TURLEY,
AL MOSCONE, WILLIAM PENEAU,
ERIC DILIBERO and PAUL GIGLIO,
    Plaintiffs,

V.

ANDREA CABRAL, INDIVIDUALLY and
as SHERIFF OF SUFFOLK COUNTY,
    Defendant.

## PLAINTIFFS' MOTION TO FILE
## MEMORANDUM IN EXCESS OF 20 PAGES

Now come the Plaintiffs and hereby move this Honorable Court for leave to file a Memorandum of Law in support of theie summary judgment opposition in excess of the 20 page limit of Local Rule 7.1(B)(4). Plaintiffs' Memorandum of Law is approximately 25 pages.

As grounds therefore, plaintiffs state:

(1)   There are ten (10) plaintiffs in this action;

(2)   Each of the Plaintiffs allege that they suffered numerous adverse employment actions in retaliation for their political affiliation and protected Union activity.

(3)   The claims raised by the Plaintiffs in their Complaint, as well as Defendant's 58 page Opposition, cannot be adequately addressed in a Memorandum of 20 pages.

WHEREFORE, the Plaintiffs respectfully request this Honorable Court to grant their request to exceed the page limitation of Local Rule 7.1(B)(4) and allow them to file an

1

approximately 25 page Memorandum of Law in Support of their Opposition to Defendants' Motion for Summary Judgment.

        Plaintiffs, Bergeron, Grennon, Lynch,
Barnes, Ellis, Turley and Moscone,
By their attorney,

/s/ *Stephen C. Pfaff*

_____

Douglas I. Louison BBO# 545191
Stephen C. Pfaff BBO# 553057
Merrick, Lousion & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

    I, Stephen C. Pfaff, hereby certify that on the 21st day of September, 2007, I served the foregoing by causing a copy to be directed electronically to Ellen Caulo, Esquire, Deputy General Counsel, Suffolk County Sheriff's Department, 200 Nashua Street, Boston, MA 02114.

/s/ *Stephen C. Pfaff*

_____

Stephen C. Pfaff