UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11661-RGS

DAVID BERGERON, JOHN GRENNON,
LORNE LYNCH, JOHN BARNES,
JOHN ELLIS, TIMOTHY TURLEY,
AL MOSCONE, WILLIAM PENEAU,
ERIC DILIBERO and PAUL GIGLIO,
    Plaintiffs,

V.

ANDREA CABRAL, INDIVIDUALLY and
as SHERIFF OF SUFFOLK COUNTY,
    Defendant.

**PLAINTIFFS' MOTION TO EXTEND
BY ONE DAY THE FILING OF THEIR
RESPONSE TO DEFENDANT'S
STATEMENT OF UNDISPUTED FACTS
AS WELL AS EXHIBITS AND AFFIDAVITS
IN SUPPORT OF THEIR OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now come the Plaintiffs and hereby move this Honorable Court to allow them until September 24, 2007 to file their response to Defendant's Statement of Undisputed Facts, as well as their Exhibits and Affidavit in Support of their Opposition to Defendant's Motion for Summary Judgment.

As grounds therefore, the Defendant has listed 345 Statements of Undisputed Facts. Each fact needs to be addressed and researched by the Plaintiffs, and they require additional time to complete same.

With respect to the Exhibits and Affidavit in Support of Plaintiffs' Motion and Memorandum of Law in Opposition to Defendant's Summary Judgment Motion, because of the

myriad of documents in this case, as well as over a dozen depositions, the Plaintiffs require additional time to compile their Exhibits and Affidavit for the Court.

      WHEREFORE, the Plaintiffs ask this Court for an additional day–until September 24, 2007-- to file their response to Defendants' Statement of Undisputed Facts, as well as the Exhibits and Affidavit.

                                      Plaintiffs, Bergeron, Grennon, Lynch,
                                      Barnes, Ellis, Turley and Moscone,
                                      By their attorney,

                                      /s/ *Stephen C. Pfaff*
                                    _____
                                      Douglas I. Louison BBO# 545191
                                      Stephen C. Pfaff BBO# 553057
                                      Merrick, Lousion & Costello, LLP
                                      67 Batterymarch Street
                                      Boston, MA 02110
                                      (617) 439-0305

CERTIFICATE OF SERVICE

    I, Stephen C. Pfaff, hereby certify that on the 21st day of September, 2007, I served the foregoing by causing a copy to be directed electronically to Ellen Caulo, Esquire, Deputy General Counsel, Suffolk County Sheriff's Department, 200 Nashua Street, Boston, MA 02114.

    /s/ *Stephen C. Pfaff*
    _____
    Stephen C. Pfaff