UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11661-RGS

DAVID BERGERON, JOHN GRENNON,
LORNE LYNCH, JOHN BARNES,
JOHN ELLIS, TIMOTHY TURLEY,
AL MOSCONE, WILLIAM PENEAU,
ERIC DILIBERO and PAUL GIGLIO,
    Plaintiffs,

V.

ANDREA CABRAL, INDIVIDUALLY and
as SHERIFF OF SUFFOLK COUNTY,
    Defendant.

## PLAINTIFFS' MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now come the Plaintiffs and hereby oppose the Defendant's Motion for Summary Judgment, and request this Honorable to deny same.

Plaintiffs have attached a Memorandum of Law in support of their Motion.

Plaintiffs, Bergeron, Grennon, Lynch,
Barnes, Ellis, Turley and Moscone,
By their attorney,

/s/ *Stephen C. Pfaff*
_____
Douglas I. Louison BBO# 545191
Stephen C. Pfaff BBO# 553057
Merrick, Lousion & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

1

CERTIFICATE OF SERVICE

    I, Stephen C. Pfaff, hereby certify that on the 21st day of September, 2007, I served the foregoing by causing a copy to be directed electronically to Ellen Caulo, Esquire, Deputy General Counsel, Suffolk County Sheriff's Department, 200 Nashua Street, Boston, MA 02114.

    /s/ *Stephen C. Pfaff*
    _____
    Stephen C. Pfaff