UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11661-RGS

DAVID BERGERON, JOHN GRENNON,
LORNE LYNCH, JOHN BARNES,
JOHN ELLIS, TIMOTHY TURLEY,
AL MOSCONE, WILLIAM PENEAU,
ERIC DILIBERO and PAUL GIGLIO,
      Plaintiffs,

V.

ANDREA CABRAL, INDIVIDUALLY and
as SHERIFF OF SUFFOLK COUNTY,
      Defendant.

## <u>AFFIDAVIT OF JOHN GRENNON</u>

I, John Grennon, do hereby swear and depose the following:

1.      I was President of JOEASC from April, 2006 to January 5, 2007 and Vice President from 2003-2004.

2.      In June of 2003, I was informed by Deputy Superintendent Harris that JOEASC would lose their COBRA coverage. Deputy Superintendent Harris informed me, after I told them that it was unethical and illegal to do this, that "no, it's life." When I asked him if Sheriff Cabral had knowledge of this issue, Harris responded by saying "she knows all about this."

3.      In September of 2003, Superintendent Harris informed me that as of September 30, 2003, the Sheriff would not pay COBRA benefits. When I expressed my concern, Harris laughed and said "your membership is going to kill you guys, sign the contract, and we will give you everything back . . . these guys are watching

1

their kids and wives get hurt, we can't lose here, just sign the contract."

4.     I was asked to see the Sheriff in October of 2003 along with John Barnes. Also at the meeting was the Sheriff's assistant and Chief of External Affairs, Steven Thompkins, who informed me, after I expressed my view that the Sheriff was corrupting contractual negotiations by using dental and vision benefits as leverage, "I represent Sheriff Cabral and her needs . . . you fuckers are going to pay for this and your careers here are fucking over!"

5.     In November of 2003, Superintendent Harris, speaking with Defendant Cabral's knowledge and input, indicated to me, after JOEASC had attempted to transfer its membership into a different dental plan, that "no way – you guys need to sign a TA [tentative agreement] before this happens."

6.     In 2004 Thompkins also informed me, when told that 10,000 letters had been mailed to a random sample of voters and to all elected officials in Suffolk County expressing JOEASC's concerns with the issue of the pension fund, "you guys are going to get shitcanned for this."

7.     When I was transferred out of the training division, I had my computer removed from my office along with my hard drive. This is the first time anybody in the training division had been transferred without a request or a ten day notice, and had their computer confiscated by SID.

8.     I deny the fact that I ever told Sheriff Cabral or anyone in her administration that I was satisfied with her or the Department's explanation for the delay in payment to the pension fund.

2

9.      I believe I was removed from the training division because of my union activity and political affiliation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 24th DAY OF SEPTEMBER, 2007.

/s/ *John Grennon*

_____

John Grennon