UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11661-RGS

DAVID BERGERON, JOHN GRENNON,
LORNE LYNCH, JOHN BARNES,
JOHN ELLIS, TIMOTHY TURLEY,
AL MOSCONE, WILLIAM PENEAU,
ERIC DILIBERO and PAUL GIGLIO,
    Plaintiffs,

V.

ANDREA CABRAL, INDIVIDUALLY and
as SHERIFF OF SUFFOLK COUNTY,
    Defendant.

**PLAINTIFFS' MOTION TO EXTEND
BY ONE DAY THE FILING OF THEIR
EXHIBITS IN SUPPORT OF THEIR OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND
PLAINTIFFS' RESPONSE TO DEFENDANT'S
STATEMENT OF UNDISPUTED FACTS**

    Now come the Plaintiffs and hereby move this Honorable Court to allow them until September 25, 2007 to file their Exhibits in Support of their Opposition to Defendant's Motion for Summary Judgment as well as their Exhibits to Defendant's Statement of Undisputed Facts.

    As grounds therefore, there are multiple exhibits to support their Opposition to Defendant's Motion for Summary Judgment as well as multiple Exhibits to Defendant's Statement of Undisputed Facts respectively and we have been advised that there is a computer glitch which has prevented the Exhibits from being filed electronically today.  The Plaintiffs require additional time to electronically file the Exhibits.  Earlier this afternoon, my assistant spoke with Judge Stearns' Docket Clerk, Elaine Flaherty, and made her aware of the situation with regard to the computer problems and she recommended the filing of this Motion.

1

WHEREFORE, the Plaintiffs ask this Court for an additional day -- until September 25, 2007 – to file their Exhibits in Support of their Opposition to Defendant's Motion for Summary Judgment as well as their Exhibits to Defendant's Statement of Undisputed Facts.

## LOCAL RULE 7.1 CERTIFICATE

I, Stephen C. Pfaff, counsel for the plaintiffs, state that on Monday, September 24, 2007, I caused my assistant to leave a message for Ellen Caulo, Esquire, Deputy General Counsel, Suffolk County Sheriff's Department explaining the situation with regard to the computer problem and requesting her assent to this Motion but I have yet to hear back from her or her representative.

Plaintiffs, Bergeron, Grennon, Lynch,
Barnes, Ellis, Turley and Moscone,
By their attorney,

/s/ *Stephen C. Pfaff*
_____
Douglas I. Louison BBO# 545191
Stephen C. Pfaff BBO# 553057
Merrick, Lousion & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Stephen C. Pfaff, hereby certify that on the 21st day of September, 2007, I served the foregoing by causing a copy to be directed electronically to Ellen Caulo, Esquire, Deputy General Counsel, Suffolk County Sheriff's Department, 200 Nashua Street, Boston, MA 02114.
/s/ *Stephen C. Pfaff*
_____
Stephen C. Pfaff