UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11661-RGS

DAVID BERGERON, JOHN GRENNON,
LORNE LYNCH, JOHN BARNES,
JOHN ELLIS, TIMOTHY TURLEY,
AL MOSCONE, WILLIAM PENEAU,
ERIC DILIBERO and PAUL GIGLIO,
    Plaintiffs,

V.

ANDREA CABRAL, INDIVIDUALLY and
as SHERIFF OF SUFFOLK COUNTY,
    Defendant.

## AFFIDAVIT OF ATTORNEY STEPHEN C. PFAFF

I, Stephen C. Pfaff, do hereby swear and depose the following:

1. I am counsel of record for the Plaintiffs in the above-referenced action.

2. I have complied with all of Defendant's repeated requests for discovery to the best of my ability and in accordance with the discovery requirements of the Federal Rules of Civil Procedure.

3. In June of 2007, I had served a subpoena on Dr. Robert Nutt, who was the physician/therapist treating John Grennon and his now ex-wife; on or about September 13, 2007, I received a telephone call from Dr. Nutt, who informed me that he needed a medical release from Plaintiff Grennon and his ex-wife in order to release said records.

4. Plaintiff Grennon supplied a medical release to Attorney Nutt, but Plaintiff Grennon's ex-wife did not and therefore Attorney Nutt informed me that he

1

    would not be releasing the medical records.

5. On or about September 12, 2007, I spoke with Plaintiff Grennon's ex-wife when he indicated to me that she, in fact, would not sign a release in order to obtain documents.

6. Any and all documents turned over by the Plaintiffs to this office have been made available to defense counsel; Plaintiffs are claiming no privilege with respect to production of documents, and recognize their on-going obligation to supplement Defendant's request.

7. I have complied with Defendant's discovery requests pursuant to the Federal Rules of Civil Procedure an this Court's Order.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 24th DAY OF SEPTEMBER, 2007.

                                              /s/ *Stephen C. Pfaff*

                                              Stephen C. Pfaff