UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11661-RGS

DAVID BERGERON, et al.

v.

ANDREA CABRAL, INDIVIDUALLY and
SHERIFF OF SUFFOLK COUNTY

ORDER ON DEFENDANT'S
MOTION FOR RELIEF FROM JUDGMENT

March 6, 2008

STEARNS, D.J.

The court is disturbed by defendant's allegations that plaintiffs' counsel misrepresented the underlying record in his opposition to the motion for summary judgment. Plaintiffs' counsel is reminded that a reply is expected in the ordinary course and, in any event, must be filed no later than March 14, 2008.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE