UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11661-RGS

DAVID BERGERON, JOHN GRENNON,
LORNE LYNCH, JOHN BARNES,
JOHN ELLIS, TIMOTHY TURLEY,
AL MOSCONE, WILLIAM PENEAU,
ERIC DILIBERO and PAUL GIGLIO,
    Plaintiffs,

V.

ANDREA CABRAL, INDIVIDUALLY and
as SHERIFF OF SUFFOLK COUNTY,
    Defendant.

### PLAINTIFFS' ASSENTED TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION FOR ONE WEEK

The plaintiffs, David Bergeron, John Grennon, Lorne Lynch, John Barnes, John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilibero and Paul Giglio, hereby move this Honorable Court for an extension of time of one week up to and including March 21, 2008 within which to submit opposition to the defendants' Motion for Reconsideration.

This extension is being requested due to the fact that Attorney Stephen C. Pfaff will be on trial through March 19, 2008 in **Francis Wohlgemuth and David Chamberlin v. Town of Stoughton, et al., United States District Court Civil Action No. 06-1129-MEL**.

Defendants' counsel has assented to this motion.

| | |
|---|---|
| Assented To: | Plaintiffs, Bergeron, Grennon, Lynch, Barnes, Ellis, Turley and Moscone, By their attorney, |
| /s/ *Ellen Caulo* | /s/ *Stephen C. Pfaff* |
| Ellen Caulo<br>Deputy General Counsel<br>Suffolk County Sheriff's Department<br>200 Nashua Street<br>Boston, MA 02114 | Douglas I. Louison BBO# 545191<br>Stephen C. Pfaff BBO# 553057<br>Merrick, Lousion & Costello, LLP<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |

CERTIFICATE OF SERVICE

    I, Stephen C. Pfaff, hereby certify that on the 17th day of March, 2008, I served the foregoing by causing a copy to be directed, electronically, to Ellen Caulo, Esquire, Deputy General Counsel, Suffolk County Sheriff's Department, 200 Nashua Street, Boston, MA 02114

/s/ *Stephen C. Pfaff*
_____
Stephen C. Pfaff