UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11661-RGS

DAVID BERGERON, JOHN GRENNON,
LORNE LYNCH, JOHN BARNES,
JOHN ELLIS, TIMOTHY TURLEY,
AL MOSCONE, WILLIAM PENEAU,
ERIC DILIBERO and PAUL GIGLIO,
    Plaintiffs,

V.

ANDREA CABRAL, INDIVIDUALLY and
as SHERIFF OF SUFFOLK COUNTY,
    Defendant.

## PLAINTIFFS' ASSENTED TO MOTION TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED.R.CIV.P. 60 ONE DAY LATE

Now come the plaintiffss and hereby move this Honorable Court to allow them to file their Opposition to Defendant's Motion for Relief from Judgment Pursuant to Fed.R.Civ.P. 60 one day late.

Further, the plaintiffs state that there will be no prejudice to any of the parties to allow their response to plaintiff's motions to be filed one day late.

This motion has been assented to by counsel for the plaintiff.

| | |
|---|---|
| Plaintiffs, Bergeron, Grennon, Lynch, Barnes, Ellis, Turley and Moscone, | Defendant, Andrea Cabral, Individually and as Sheriff of Suffolk County, |
| By their attorney, | By her attorney, |
| /s/ *Stephen C. Pfaff* | /s/*Ellen Caulo* |
| Douglas I. Louison BBO# 545191<br>Stephen C. Pfaff BBO# 553057<br>Merrick, Lousion & Costello, LLP<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 | Ellen Caulo, Esquire<br>Deputy General Counsel<br>Suffolk County Sheriff's Department<br>200 Nashua Street<br>Boston, MA 02114 |

## CERTIFICATE OF SERVICE

I, Stephen C. Pfaff, hereby certify that on the 24th day of March, 2008, I served the foregoing by causing a copy to be directed electronically to Ellen Caulo, Esquire, Deputy General Counsel, Suffolk County Sheriff's Department, 200 Nashua Street, Boston, MA 02114.

/s/ *Stephen C. Pfaff*

Stephen C. Pfaff