UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BERGERON ET AL.,<br>    Plaintiffs<br><br>    v.<br><br>ANDREA CABRAL, INDIVIDUALLY<br>And SHERIFF OF SUFFOLK COUNTY,<br>    Defendant | C. A. No. 05-11661-RGS |

## DEFENDANT SHERIFF CABRAL'S ASSENTED TO MOTION TO FILE REPLY BRIEF

Now comes the Defendant, Sheriff Andrea Cabral, and with the assent of the Plaintiffs, hereby moves that this Honorable Court grant her leave to file a reply to Plaintiffs' Opposition to Defendant's Motion for Relief. As grounds therefore, Defendant states that Plaintiffs continue to misstate the record and submit evidence that is not part of the summary judgment record before this Court. Defendant further state that a brief reply will assist the Court in resolving the Defendant's Motion For Relief From Judgment.

Plaintiffs have assented to this Motion and will suffer no prejudice by its allowance.

Wherefore, the Defendant respectfully requests that this Honorable Court grant her leave to file a Reply.

                        Respectfully submitted,
                        For Defendant Sheriff Cabral
                        By her Attorney,

        /s/ Ellen M. Caulo
        Ellen M. Caulo, BBO #545250
        Deputy General Counsel
        Suffolk County Sheriff's Department
        200 Nashua Street
        Boston, MA 02114
        (617) 961-6681

Date: March 28, 2008

## Local Rule Certification

I, Ellen M. Caulo, hereby certify pursuant to Local Rule 7.1 that I have conferred with counsel for the Plaintiffs and that counsel has assented to this motion.

        /s/ Ellen M. Caulo
        Ellen M. Caulo

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF).

        /s/ Ellen M. Caulo
        Ellen M. Caulo