# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

**DAVID BERGERON, ET AL**

        **V.**                              **CIVIL ACTION NO. 05-11661-RGS**

**ANDREA CABRAL**

<u>ORDER SETTING CIVIL CASE FOR JURY TRIAL</u>

**STEARNS, DJ.**                                                                                          **APRIL 17, 2008**

THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON <u>**MONDAY, SEPTEMBER 15, 2008**</u> AT 9:00 A.M. IN COURTROOM #21, 7th floor, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

ON OR BEFORE SEPTEMBER 8, 2008, COUNSEL SHALL FILE THE FOLLOWING MATERIALS WITH THE COURT:

    **1.** Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;

    **2.** A list of prospective witnesses, including names, city or town of residence, or business institutional address;

    **3.** An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a <u>precise</u> statement of any objections thereto;

    **4.** A "Joint List of Exhibits" as to which there is NO objection, <u>**IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS**</u>, regardless of which party is the proponent of an exhibit (such exhibits are deemed <u>**ADMITTED**</u> and need NOT be independently offered at trial;

    **5.** A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, <u>**IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS**</u>, regardless of which party is the proponent of an exhibit;

    **6.** Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;

    **7.** A <u>TRIAL MEMORANDUM</u> addressing those items as to which there are foreseeable disputes concerning issues of law;

    **8.** An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;

    **9.** In cases to be tried by a jury:
        **A.** REQUESTS FOR INSTRUCTIONS WITH CITATION

TO SUPPORTING AUTHORITY;
B. ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
C. ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u> EXAMINATION;
D. A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES TO BE READ TO THE VENIRE DURING EMPANELMENT.

10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict. This policy is <u>strictly enforced by the Court</u> as there is no space at the Courthouse to store exhibits after a trial has ended. Exhibits not reclaimed by counsel will be discarded.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary H. Johnson
_____
**Deputy Clerk**

**DATED AT BOSTON:   4/17/08**

**NOTE TO COUNSEL:   IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-9162.**