# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID BERGERON ET AL., )<br>  Plaintiffs )<br>  )<br>  v. )<br>  )<br> ANDREA CABRAL, INDIVIDUALLY )<br> And SHERIFF OF SUFFOLK COUNTY, )<br>  Defendant. )<br>  ) | C. A. No. 05-11661-RGS |

### DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Andrea Cabral hereby appeals to the United States Court of Appeals for the First Circuit from the order of the District Court denying the Defendant's Motion for Reconsideration of Summary Judgment on the basis of qualified immunity entered in this action on April 15, 2008[1].

Respectfully Submitted,
Andrea Cabral, Suffolk County Sheriff's
Department and Suffolk County
By their attorney

/s/ Ellen M. Caulo
Ellen M. Caulo, BBO #545250
Deputy General Counsel
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02111
(617) 961-6681

---

[1] The District Court previously denied Defendant's Motion for Summary Judgment on the basis of qualified immunity in a Memorandum and Order On Motion for Summary Judgment entered on February 14, 2008. (Document No. 35). Thereafter Defendant filed a Motion for Relief from Judgment pursuant to Fed.R.Civ.P.60 (Document No. 37), which was denied on April 15, 2008. (Document No. 44). It is this Order and the Court's previous denial of summary judgment on the basis of qualified immunity that Defendant Cabral appeals from.

Date: April 22, 2008

### Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF).

                                               /s/ Ellen M. Caulo
                                               Ellen M. Caulo