UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID BERGERON ET AL.,<br>    Plaintiffs<br><br>    v.<br><br>ANDREA CABRAL, INDIVIDUALLY<br>And SHERIFF OF SUFFOLK COUNTY,<br>    Defendant. | C. A. No. 05-11661-RGS |

**DEFENDANT'S MOTION FOR STAY**

Now comes the Defendant Sheriff Andrea Cabral in the above-entitled action and respectfully requests that this Court stay the proceedings in this matter pending appeal. As reasons therefore, the Defendant states that she has filed a Notice of Appeal of this Court's order denying summary judgment on the basis of qualified immunity. (Document No. 46).

"Denials of summary judgment on qualified immunity grounds are reviewable to the extent that the qualified immunity defense turns upon a purely legal question and any disputed facts are not material to the issue of immunity." *Rivera-Jimenez v. Pierluisi*, 362 F.3d 87, 93 (1st Cir. 2004), quoting *Suboh v. District Attorney's Office*, 298 F.3d 81, 89-90 (1st. Cir. 2002).  Here, there is no issue of material fact regarding the first prong of the qualified immunity defense; whether the divestiture of a deputy sheriff's commission in the context of this factual record on a claim of political retaliation in the First Circuit would constitute a constitutional injury.  Further, there is no issue of material fact regarding the third prong of the qualified immunity defense; whether a reasonable public

1

official in Sheriff Cabral's position would have believed that her actions were unlawful in light of the standard for political discrimination in the First Circuit. As these are purely legal determinations capable of review, this Court should stay the instant proceedings pending appeal. See *Mihos v. Swift*, 358 F.3d 91, 105 (1st Cir. 2004) (question of fact as to unconstitutional motive does not automatically carry plaintiff to trial because defendant may prevail on qualified immunity defense on other basis.)

Furthermore, Sheriff Cabral has been sued in her individual and official capacities and is the only defendant in this action. A trial against Sheriff Cabral in her official capacity will involve the same evidence and witnesses, as a trial against her in her individual capacity. Accordingly the interests of judicial economy would weigh in favor of a stay.

**WHEREFORE**, Sheriff Cabral respectfully requests that this Honorable Court grant her Motion for Stay.

**Defendant Cabral requests a hearing on the instant motion.**

        Respectfully Submitted,
        Andrea Cabral, Suffolk County Sheriff's
        Department and Suffolk County
        By their attorney

        /s/ Ellen M. Caulo
        Ellen M. Caulo, BBO #545250
        Deputy General Counsel
        Suffolk County Sheriff's Department
        200 Nashua Street
        Boston, MA 02111
        (617) 961-6681

May 8, 2008

**Local Rule 7.1 Certification**

I certify that I have consulted with counsel for the Plaintiffs in an effort to resolve the issues contained within this motion.

/s/ Ellen M. Caulo
Ellen M. Caulo

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF).

/s/ Ellen M. Caulo
Ellen M. Caulo
