## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11661 RGS

DAVID BERGERON ET AL.,

v.

ANDREA CABRAL ., ET AL

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,32,33,34,35,36,37,3 8,39,40,41,42,43,44,45,46,47

and contained in  I,II Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   04/22/2008

.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 27, 2008.

Sarah A Thornton, Clerk of Court

By:    Francis Castilla
       Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, STAYED

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05−cv−11661−RGS
### *Internal Use Only*

Bergeron et al v. Cabral

Assigned to: Judge Richard G. Stearns

Cause: 42:1983 Civil Rights Act

Date Filed: 08/11/2005

Jury Demand: Defendant

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

**Plaintiff**

**David Bergeron**

represented by **Stephen C. Pfaff**
Louison, Costello, Condon &Pfaff, LLP
67 Batterymarch Street
Third floor
Boston, MA 02110
617−439−0305
Fax: 617−439−0325
Email: spfaff@lccplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Grennon**

represented by **Stephen C. Pfaff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorne F. Lynch**

represented by **Stephen C. Pfaff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Barnes**

represented by **Stephen C. Pfaff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Ellis**

represented by **Stephen C. Pfaff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Turley**

represented by **Stephen C. Pfaff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Al Moscone**

represented by **Stephen C. Pfaff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Peneau**

represented by **Stephen C. Pfaff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Dilberto**

represented by **Stephen C. Pfaff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Andrea Cabral**
*individually and as Sheriff of Suffolk
County*

represented by **Ellen Caulo**
Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114
617−961−6681
Fax: 617−961−6693
Email: Ecaulo@scsdma.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/11/2005 | 1 | 9 | COMPLAINT against Andrea Cabral Filing fee: $ 250, receipt number 66179, filed by John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilberto, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes. (Attachments: # 1)(Flaherty, Elaine) (Entered: 08/12/2005) |
| 08/11/2005 | | | Summons Issued as to Andrea Cabral. (Flaherty, Elaine) (Entered: 08/12/2005) |
| 08/11/2005 | | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Flaherty, Elaine) (Entered: 08/12/2005) |
| 09/15/2005 | 2 | 23 | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Appearance by Ellen Caulo on behalf of Andrea Cabral (Caulo, Ellen) (Entered: 09/15/2005) |
| 09/15/2005 | 3 | 24 | MOTION for Extension of Time to October 3, 2005 to File Answer by Andrea Cabral.(Caulo, Ellen) (Entered: 09/15/2005) |
| 09/29/2005 | | | Judge Richard G. Stearns : ElectronicORDER entered granting 3 Motion for Extension of Time to Answer Andrea Cabral answer due 10/3/2005. (Flaherty, Elaine) (Entered: 09/29/2005) |
| 10/03/2005 | 4 | 26 | ANSWER to Complaint with Jury Demand by Andrea Cabral.(Caulo, Ellen) (Entered: 10/03/2005) |
| 11/03/2005 | 5 | 38 | NOTICE of Scheduling Conference: Scheduling Conference set for 12/1/2005 03:45 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 11/04/2005) |
| 11/30/2005 | 6 | 40 | JOINT SUBMISSION pursuant to Local Rule 16.1 *The Parties' Joint Scheduling Memorandum* by John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilberto, Andrea Cabral, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes.(Pfaff, Stephen) (Entered: 11/30/2005) |
| 11/30/2005 | 7 | 43 | CERTIFICATE OF CONSULTATION by Ellen Caulo on behalf of Andrea Cabral. (Caulo, Ellen) (Entered: 11/30/2005) |
| 12/01/2005 | | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Scheduling Conference held on 12/1/2005. Attys. Pfaff, Louison and Condon present for the pltfs. Atty. Caulo present for the defts. Court will adopt schedule except for expert discovery. All fact discovery and depositions shall be completed by 8−31−06; dispositive motions to be filed by 9−29−06 with oppositions due 21 days thereafter, and reply briefs 7 days after response. (Court Reporter None.) (Johnson, Mary) Modified on 12/7/2005 (Johnson, Mary). (Entered: 12/07/2005) |
| 07/12/2006 | 8 | 44 | MOTION for Extension of Time to Complete Discovery by all parties.(Caulo, Ellen) (Entered: 07/12/2006) |
| 07/13/2006 | | | Judge Richard G. Stearns : Electronic ORDER entered granting 8 Motion for Extension of Time to Complete Discovery "No further extensions will be granted." (Flaherty, Elaine) (Entered: 07/14/2006) |
| 01/12/2007 | 9 | 46 | First MOTION to Compel *Discovery and For Sanctions* by Andrea Cabral. (Attachments: # 1 Exhibit 1Request for production documents# 2 Exhibit Plaintiffs' Response to Request for Production Documents# 3 Exhibit 2 Affidavit of Ellen M. Caulo# 4 Exhibit correspondence# 5 Exhibit Turley Deposition# 6 Exhibit Dilibero Deposition# 7 Exhibit Bergeron Deposition# 8 Exhibit Moscone Deposition# 9 Exhibit Lyneh Deposition)(Caulo, Ellen) (Entered: 01/12/2007) |
| 01/25/2007 | 10 | 95 | MOTION for Extension of Time to Complete Discovery by Andrea Cabral.(Caulo, Ellen) (Entered: 01/25/2007) |
| 01/25/2007 | | | Judge Richard G. Stearns : Electronic ORDER entered finding as moot 9 Motion to Compel, granting 10 Motion for Extension of Time to Complete Discovery (Flaherty, Elaine) (Entered: 01/25/2007) |
| 04/25/2007 | 11 | | Second MOTION to Compel *Discovery and for Sanctions* by Andrea Cabral. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12)(Caulo, Ellen) |

3

| | | | |
|---|---|---|---|
| | | | (Entered: 04/25/2007) |
| 05/08/2007 | 12 | | Opposition re 11 Second MOTION to Compel *Discovery and for Sanctions* filed by John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilberto, John Grennon, Lorne F. Lynch. (Pfaff, Stephen) (Entered: 05/08/2007) |
| 05/09/2007 | | | Judge Richard G. Stearns : Electronic ORDER entered granting in part and denying in part 11 Motion to Compel as in their Opposition, defendants represent that they will supply signed Interrogatories, relevant tax records, medical records, non-privileged union records and their reponse to Request for Admissions no later than May 18, 2007. Plaintiffs' request for sanctions is DENIED without prejudice; plaintffs' may resubmit if defendants fail to provide the promised responses and documents by close of business May 18, 2007. SO ORDERED. (Zierk, Marsha) (Entered: 05/09/2007) |
| 05/10/2007 | 13 | | Joint MOTION for Extension of Time to July 30, 2007 to File Summary Judgment by Andrea Cabral.(Caulo, Ellen) (Entered: 05/10/2007) |
| 05/10/2007 | | | Judge Richard G. Stearns : Electronic ORDER entered granting 13 Motion for Extension of Time. (Johnson, Mary) (Entered: 05/10/2007) |
| 07/25/2007 | 14 | | Assented to MOTION for Extension of Time to 08/13/07 to File Summary Judgment by Andrea Cabral.(Caulo, Ellen) (Entered: 07/25/2007) |
| 07/26/2007 | | | Judge Richard G. Stearns : Electronic ORDER entered granting 14 Motion for Extension of Time. SJ Motions due by 8/13/2007. (Johnson, Mary) (Entered: 07/26/2007) |
| 08/13/2007 | 15 | | Assented to MOTION for Leave to File Excess Pages by Andrea Cabral.(Caulo, Ellen) (Entered: 08/13/2007) |
| 08/13/2007 | 16 | | MOTION for Summary Judgment by Andrea Cabral.(Caulo, Ellen) (Entered: 08/13/2007) |
| 08/13/2007 | 17 | | MEMORANDUM in Support re 16 MOTION for Summary Judgment filed by Andrea Cabral. (Attachments: # 1 Exhibit Affidavit of Ellen M. Caulo)(Caulo, Ellen) (Entered: 08/13/2007) |
| 08/13/2007 | 18 | | STATEMENT of facts re 16 MOTION for Summary Judgment. (Attachments: # 1 Exhibit List of Exhibits# 2 Exhibit Affidavit of Sheriff Andrea Cabral# 3 Exhibit Depostition Keeley in Michelman# 4 Exhibit Affidavit of Gerard Horgan# 5 Exhibit Affidavit of Eugene Sumpter# 6 Exhibit Deposition of Viktor Theiss# 7 Exhibit Affidavit of Michael Harris# 8 Exhibit Deposition of Sheriff Cabral# 9 Exhibit SCSD Policy S516# 10 Exhibit Deposition Keeley April 2006# 11 Exhibit Deposition of Sumpter# 12 Exhibit Deposition of Sumpter# 13 Exhibit Deposition of Peneau# 14 Exhibit Written Warning Peneau# 15 Exhibit Suspension Notice Turley# 16 Exhibit Deposition of Turley# 17 Exhibit Deposition of Turley# 18 Exhibit Deposition of Michelman# 19 Exhibit Deposition of Lynch in Sutherland# 20 Exhibit Deposition of Lynch# 21 Exhibit Deposition of Moscone# 22 Exhibit Deposition of Moscone# 23 Exhibit Deposition of Ellis)(Caulo, Ellen) (Entered: 08/13/2007) |
| 08/13/2007 | 19 | | EXHIBIT re 18 Statement of facts,,, *Deposition of Barnes I* by Andrea Cabral. (Caulo, Ellen) (Entered: 08/13/2007) |
| 08/13/2007 | 20 | | |

|  |  |  | APPENDIX/EXHIBIT re 18 Statement of facts,,, by Andrea Cabral. (Attachments: # 1 Exhibit Deposition of Barnes October# 2 Exhibit Deposition of Barnes October# 3 Exhibit Deposition of Grennon January 2006# 4 Exhibit West Roxbury Transcript# 5 Exhibit Boston City Paper# 6 Exhibit Letter dated April 2, 2004# 7 Exhibit Letter dated march 25, 2004# 8 Exhibit Press RElease# 9 Exhibit Deposition of Bergeron# 10 Exhibit Deposition of Giglio# 11 Exhibit Deposition of Dilibero# 12 Exhibit Deposition of Dilibero# 13 Exhibit Deposition of Grennon February 2006# 14 Exhibit Cabral Memorandum December 12, 2003# 15 Exhibit Cabral Memorandum April 2004# 16 Exhibit Deposition of Barnes December# 17 Exhibit Deposition of Lynch November# 18 Exhibit SCSD Policy S201# 19 Exhibit SCSD Position Description JO−1# 20 Exhibit Deposition of Theiss Michelman# 21 Exhibit Deposition of Cabral Michelman# 22 Exhibit Deposition of Carney# 23 Exhibit Transportation Audit# 24 Exhibit Carney Transportation Memo# 25 Exhibit SCSD Policy S520# 26 Exhibit Affidavit of James Coppi# 27 Exhibit Lynch Detail Earnings 2003−2005# 28 Exhibit Moscone Detail EArnings 2003−2005# 29 Exhibit SCSD Position Description JO−5# 30 Exhibit Ellis Admissions# 31 Exhibit Grennon Admissions# 32 Exhibit Affidavit of Ellen M. Caulo)(Caulo, Ellen) (Entered: 08/13/2007) |
| 08/14/2007 | 21 |  | MOTION for Extension of Time to file exhibits and Statement of Facts one day late by Andrea Cabral.(Caulo, Ellen) (Entered: 08/14/2007) |
| 08/17/2007 |  |  | Judge Richard G. Stearns : Electronic ORDER entered granting 15 Motion for Leave to File Excess Pages; granting 21 Motion for Extension of Time (Flaherty, Elaine) (Entered: 08/17/2007) |
| 08/27/2007 | 22 |  | MOTION for Extension of Time to September 17, 2007 to File *Opposition to Defendant's Motion for Summary Judgment (Assented to)* by John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilberto, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes.(Pfaff, Stephen) (Entered: 08/27/2007) |
| 08/29/2007 |  |  | Judge Richard G. Stearns : Electronic ORDER entered granting 22 Motion for Extension of Time to File... "opposition to sj motion due 9−17−07." (Johnson, Mary) Modified on 8/29/2007 (Johnson, Mary). (Entered: 08/29/2007) |
| 09/14/2007 | 23 |  | Assented to MOTION for Extension of Time to September 21, 2007 to FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT by John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilberto, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes.(Pfaff, Stephen) (Entered: 09/14/2007) |
| 09/17/2007 |  |  | Judge Richard G. Stearns : Electronic ORDER entered granting 23 Motion for Extension of Time. (Johnson, Mary) (Entered: 09/17/2007) |
| 09/21/2007 | 24 |  | MOTION for Leave to File Excess Pages *(WITH REGARD TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT CABRAL'S MOTION FOR SUMMARY JUDGMENT)* by John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilberto, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes.(Pfaff, Stephen) (Entered: 09/21/2007) |
| 09/21/2007 | 25 |  | MOTION for Extension of Time to September 24, 2007 to File 18 Statement of facts,,, by John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilberto, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes.(Pfaff, Stephen) Modified on 9/24/2007 (Flaherty, Elaine). (Entered: 09/21/2007) |

| 09/21/2007 | 26 | | Opposition re 16 MOTION for Summary Judgment filed by John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilberto, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes. (Pfaff, Stephen) (Entered: 09/21/2007) |
| --- | --- | --- | --- |
| 09/21/2007 | 27 | | Opposition re 16 MOTION for Summary Judgment filed by John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilberto, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes. (Attachments: # 1 MEMORANDUM IN SUPPORT)(Pfaff, Stephen) (Entered: 09/21/2007) |
| 09/24/2007 | | | Judge Richard G. Stearns : Electronic ORDER entered granting 24 Motion for Leave to File Excess Pages; granting 25 Motion for Extension of Time to File (Flaherty, Elaine) (Entered: 09/24/2007) |
| 09/24/2007 | 28 | | AFFIDAVIT of JOHN GRENNON re 27 Opposition to Motion *for Summary Judgment* by John Ellis, Timothy Turley, Al Moscone, William Peneau, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes. (Pfaff, Stephen) (Entered: 09/24/2007) |
| 09/24/2007 | 29 | | MOTION for Extension of Time to September 25, 2007 to File Exhibits in Support of Their Opposition to Defendant's Motion for Summary Judgment and Plaintiffs' Response to Defendant's Statement of Undisputed Facts by John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilberto, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes.(Pfaff, Stephen) (Entered: 09/24/2007) |
| 09/24/2007 | 30 | | Response by John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilberto, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes to 18 Statement of facts,,,. (Pfaff, Stephen) (Entered: 09/24/2007) |
| 09/24/2007 | 31 | | AFFIDAVIT of Attorney Stephen C. Pfaff re 27 Opposition to Motion by John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilberto, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes. (Pfaff, Stephen) (Entered: 09/24/2007) |
| 09/25/2007 | 32 | | APPENDIX/EXHIBIT re 27 Opposition to Motion *FOR SUMMARY JUDGMENT (MEMORANDUM IN SUPPORT)* by John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilberto, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit)(Pfaff, Stephen) (Entered: 09/25/2007) |
| 09/25/2007 | 33 | | APPENDIX/EXHIBIT re 30 Response *TO DEFENDANT'S STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56.1* by John Ellis, Timothy Turley, Al Moscone, William Peneau, Eric Dilberto, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit)(Pfaff, Stephen) (Entered: 09/25/2007) |
| 10/02/2007 | | | (Court only) ***Staff notes clerk contacted attorney Pfaff's office re: electronic PDF filings not coming through in proper size/format (second attempt by Clerk) Clerk suggested that attorney contact IT person in the firm and was notified there is no such person. Counsel warned of possibly re-filing everything over again if DQA clerk informs counsel to do so. Attorney advised Court that from now on they will file in proper size format. (Flaherty, Elaine) (Entered: 10/02/2007) |

| 10/10/2007 | | | ELECTRONIC NOTICE of Hearing on Motion 16 MOTION for Summary Judgment : Motion Hearing set for 12/18/2007 03:00 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 10/10/2007) |
|---|---|---|---|
| 10/10/2007 | | | Judge Richard G. Stearns : Electronic ORDER entered granting 29 Motion for Extension of Time. (Johnson, Mary) (Entered: 10/10/2007) |
| 10/16/2007 | 34 | | MOTION to Strike 28 Affidavit, 31 Affidavit by Andrea Cabral. (Attachments: # 1 Exhibit Exhibit A Grennon Deposition# 2 Exhibit Exhibit A Grennon Deposition# 3 Exhibit Exhibit B Barnes Deposition# 4 Exhibit Exhibit C Barnes II Deposition# 5 Exhibit Exhibit D Barnes III Deposition)(Caulo, Ellen) (Entered: 10/16/2007) |
| 12/18/2007 | | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns: Motion Hearing held on 12/18/2007 re 16 Motion for Summary Judgment. Atty Pfaff present for Plaintiffs; Atty Caulo present for defendant. After argument, the court takes the motion for summary judgment under advisement. The court ALLOWS the defendant's motion to strike the Grennon Affidavit. (Court Reporter: James Gibbons.) (Tyler, Rebecca) Modified on 12/18/2007 (Tyler, Rebecca). (Entered: 12/18/2007) |
| 02/14/2008 | 35 | | Judge Richard G. Stearns: MEMORANDUM and ORDER entered granting in part and denying in part 16 Motion for Summary Judgment (Tyler, Rebecca) (Entered: 02/14/2008) |
| 02/27/2008 | 36 | | MOTION for Reconsideration re 35 Order on Motion for Summary Judgment by Andrea Cabral.(Caulo, Ellen) (Entered: 02/27/2008) |
| 03/06/2008 | 37 | | Judge Richard G. Stearns: Electronic ORDER entered entered 36 Motion for Reconsideration − Motion for Relief from Judgment. "The court is disturbed by defendant's allegations that plaintiffs' counsel misrepresented the underlying record in his opposition to the motion for summary judgment. Plaintiffs' counsel is reminded that a reply is expected in the ordinary course, and in any event, must be filed no later than March 14, 2008." (Flaherty, Elaine) (Entered: 03/06/2008) |
| 03/17/2008 | 38 | | Assented to MOTION for Extension of Time to March 21, 2008 to File *Opposition to Defendant's Motion for Reconsideration for One Week* by John Ellis, Timothy Turley, Al Moscone, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes.(Pfaff, Stephen) (Entered: 03/17/2008) |
| 03/17/2008 | | | Judge Richard G. Stearns: Electronic ORDER entered granting 38 Motion for Extension of Time to File. Response due March 21, 2008. (Tyler, Rebecca) (Entered: 03/17/2008) |
| 03/24/2008 | 39 | | Assented to MOTION for Extension of Time to March 24, 2008 to File *Plaintiffs' Opposition to Defendant's Motion for Relief from Judgment Pursuant to Fed.R Civ.P. 60 (one day late)* by John Ellis, Al Moscone, Eric Dilberto, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes.(Pfaff, Stephen) (Entered: 03/24/2008) |
| 03/24/2008 | 40 | | Opposition re 36 MOTION for Reconsideration re 35 Order on Motion for Summary Judgment filed by John Ellis, Al Moscone, Eric Dilberto, David Bergeron, John Grennon, Lorne F. Lynch, John Barnes. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Affidavit)(Pfaff, Stephen) (Entered: 03/24/2008) |

| 03/25/2008 | | | Judge Richard G. Stearns: Electronic ORDER entered granting 39 Motion for Extension of Time to File. (Tyler, Rebecca) (Entered: 03/25/2008) |
|---|---|---|---|
| 03/28/2008 | 41 | | Assented to MOTION for Leave to File *Reply* by Andrea Cabral.(Caulo, Ellen) (Entered: 03/28/2008) |
| 03/28/2008 | 42 | | REPLY to Response to 36 MOTION for Reconsideration re 35 Order on Motion for Summary Judgment filed by Andrea Cabral. (Caulo, Ellen) (Entered: 03/28/2008) |
| 03/31/2008 | | | Judge Richard G. Stearns: Electronic ORDER entered granting 41 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Tyler, Rebecca) (Entered: 03/31/2008) |
| 03/31/2008 | 43 | | REPLY to Response to 36 MOTION for Reconsideration re 35 Order on Motion for Summary Judgment *Leave to File granted on March 31, 2008* filed by Andrea Cabral. (Caulo, Ellen) (Entered: 03/31/2008) |
| 04/15/2008 | 44 | | Judge Richard G. Stearns: ORDER entered denying 36 Motion for Reconsideration. (Tyler, Rebecca) (Entered: 04/15/2008) |
| 04/17/2008 | 45 | | Judge Richard G. Stearns: ORDER entered. PROCEDURAL ORDER re trial: Jury Trial set for 9/15/2008 at 09:00 AM in Courtroom 21 before Judge Richard G. Stearns.(Johnson, Mary) (Entered: 04/17/2008) |
| 04/22/2008 | 46 | | NOTICE OF APPEAL as to 44 Order on Motion for Reconsideration, 35 Order on Motion for Summary Judgment by Andrea Cabral NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/12/2008. (Caulo, Ellen) (Entered: 04/22/2008) |
| 04/22/2008 | | | Filing fee: $ 455.00, receipt number BST003105 for 46 Notice of Appeal, (Russo, Patricia) (Entered: 04/22/2008) |
| 05/08/2008 | 47 | | MOTION to Stay by Andrea Cabral.(Caulo, Ellen) (Entered: 05/08/2008) |
| 05/08/2008 | | | Judge Richard G. Stearns: Electronic ORDER entered granting 47 Motion to Stay. (Tyler, Rebecca) (Entered: 05/08/2008) |

## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-cv-11661 RGS

DAVID BERGERON ET AL.,

v.

ANDREA CABRAL ., ET AL

## **CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,32,33,34,35,36,37,3 8,39,40,41,42,43,44,45,46,47

and contained in I,II Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   04/22/2008

.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 27, 2008.

Sarah A Thornton, Clerk of Court

By:     Francis Castilla
        Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____  _____

- 3/06

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-cv-11661 RGS

DAVID BERGERON ET AL.,

v.

ANDREA CABRAL ., ET AL

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,32,33,34,35,36,37,3 8,39,40,41,42,43,44,45,46,47

and contained in I,II Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   04/22/2008

.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 27, 2008.

Sarah A Thornton, Clerk of Court

By:    Francis Castilla
       Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

_____
Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____  _____

- 3/06