

# INVOICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

BILL TO:

Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
617.961.6681

Attn: Ellen M. Caulo, Atty.

58 Batterymarch Street, Suite 317
Boston, Massachusetts 02110
Phone: 617.423.5841
Fax: 617.423.0005

TAX ID#: 04-2861661

Job Taken 12/07/2006    7616

Reporter:
William Jackson

DATE:  1/04/2007    INVOICE NO.:    26371

| Description | Qty | Rate | Total |
|---|---|---|---|
| Bergeron vs. Cabral, et al | | | |
| Depo. of John Barnes (vol. 2) | | | |
| Original | 120.00 | 3.50 | 420.00 |
| S/H | 1.00 | 8.75 | 8.75 |
| *ASCII Disk/Mini w/index--N/C (enc.) | 1.00 | 0.00 | |
| Invoice Total | | | 428.75 |
| Balance Due | | | 428.75 |

Thank you for using Copley Court Reporting, Inc.

INSPECTION AND COMPLETION CERTIFICATE
I hereby certify that the services/goods specified above
have been performed/received and inspected by me on
the date(s) specified, that the quantities of materials are
correct, and that performance and quality are
satisfactory as noted. Date: 1/8/07

Print Name Clearly: Jenny Boskparich
Authorized Signature: J. Boskparich

2007 JAN -8 AM 11:06
GENERAL COUNSEL'S OFFICE
RECEIVED

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# EXPENDITURE REQUEST FORM

Date: 1/8/07

Department & Facility: General Counsel's Office

Person Requesting: Ellen M. Caulo   Ext. 3082

Supervisor: _____   Date: _____

MTM: *James M. Dav[is]* (Signature Required)   Date: 1/8/07

REQ # _____
PO # _____
ER # FS307-1222

| Qnty | Unit | Description | Code | Price | Total |
|------|------|-------------|------|-------|-------|
|      |      | Stenographer's fee for deposition transcript taken 12/07/06 in Bergeron, et al v. Cabral 2005CV11661-RGS |  | $428.75 | $428.75 |
|      |      |  |  |  |  |
|      |      |  |  |  |  |
|      |      |  |  |  |  |
|      |      |  |  |  |  |
|      |      |  |  |  |  |

**Circle One** (Instructions to Vendor): Deliver As Requested   Deliver At Once (ASAP)   **Grand Total: $** 428.75

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: Copley Court Reporting, Inc.   Contact Person(s): Karen Cole

Vendor Address: 58 Batterymarch Street, Suite 317, Boston, MA 02110

Telephone Number: 617-423-5841   Fax #: 617-423-0005

Tax ID Number: 04-2861661   E Mail: _____

**For Administrative Use Only:**

PO: ___ Service Order: ___ Non Order: ✓ Contract: ___ [Prof. Services]: ___

Pass FS Review: TK 1/18/07 (Initials/Date)   Comments: _____

Sheriff (or Designee) Approval   Date

Pass Budget Check? YES ___ NO ___   Approp/Div/MMARS: _____
Verified By   Date

Director of Financial Services (or designee): _____
Initials/Date

ensure all pertinent information is provided.   Reminder: Please