

# INVOICE
HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

**BILL TO:**

Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA  02114
617.961.6681

Attn: Ellen M. Caulo, Atty.

58 Batterymarch Street, Suite 317
Boston, Massachusetts 02110
Phone: 617.423.5841
Fax: 617.423.0005

TAX ID#: 04-2861661

Job Taken   9/27/2006      7616

Reporter:
William Jackson

DATE: 10/06/2006     INVOICE No.:        25745

| Description | Qty | Rate | Total |
|---|---|---|---|
| Bergeron vs. Cabral, et al | | | |
| Depo. of Albert J. Moscone | | | |
| Original | 194.00 | 3.50 | 679.00 |
| S/H | 1.00 | 10.00 | 10.00 |
| *ASCII Disk/Mini w/index--N/C (enc.) | 1.00 | 0.00 | |
| | | Invoice Total | 689.00 |
| | | Balance Due | 689.00 |

Thank you for using Copley Court Reporting, Inc.

INSPECTION AND COMPLETION CERTIFICATE
I hereby certify that the services/goods specified above
have been performed/received and inspected by me on
the date(s) specified, that the quantities of materials are
correct, and that performance and quality are
satisfactory as noted. Date: 10/10/06

_Jenny Prakypallos_
Print Name Clearly

_J. Prakypallos_
Authorized Signature

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# EXPENDITURE REQUEST FORM

Date: 10/10/06

Department & Facility: General Counsel's Office

Person Requesting: Ellen Caulo    Ext. 3082

Supervisor: _____  Date: _____

MTM: *James M. Davis* (Signature Required)    Date: 10/10/06

REQ # _____

PO # _____

ER # FS307-815

| Qnty | Unit | Description | Code | Price | Total |
|------|------|-------------|------|-------|-------|
|      |      | Stenographer's fee for deposition transcript taken 9/27/06 in Bergeron, et al v. Cabral USDC 05-11661-RGS |      | $689.00 | $689.00 |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |

**Circle One** (Instructions to Vendor): *Deliver As Requested    Deliver At Once (ASAP)*    **Grand Total: $** 689.00

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: Copley Court Reporting, Inc.    Contact Person(s): Karen Cole

Vendor Address: 58 Batterymarch St., Suite 317, Boston, MA 02110

Telephone Number: 617-423-5841    Fax #: 617-423-0005

Tax ID Number: 04-2861661    E Mail: _____

**For Administrative Use Only:**

PO: ___ Service Order: ___ Non Order: ✓ Contract: ___ [Prof. Services]: ___

Pass FS Review: TK 10/18/06  Initials/Date    Comments: _____

Sheriff (or Designee) Approval    Date

Pass Budget Check? YES ___ NO ___ _____ Approp/Div/MMARS: _____
Verified By  Date

Director of Financial Services (or designee): _____ Initials/Date

ensure all pertinent information is provided.    Reminder: Please