

# INVICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

**BILL TO:**

Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA  02114
617.961.6681

Attn: Ellen M. Caulo, Atty.

58 Batterymarch Street, Suite 317
Boston, Massachusetts 02110
Phone: 617.423.5841
Fax: 617.423.0005

TAX ID#: 04-2861661

Job Taken 10/04/2006    7616

Reporter:
Patricia Haynes

DATE:   10/11/2006        INVOICE No.:        25773

| Description | Qty | Rate | Total |
|---|---|---|---|
| Bergeron vs. Cabral, et al | | | |
| Depo. of David Bergeron | | | |
| Original (exp.) | 162.00 | 5.00 | 810.00 |
| S/H (on 10.10.2006) | 1.00 | 9.00 | 9.00 |
| Disk & Mini w/index--N/C (sent w/trans.) | 1.00 | 0.00 | |
| **E-mailed on 10.07.2006 | 0.00 | 0.00 | |
| ***Signature pages sent to Atty. Pfaff | 0.00 | 0.00 | |
| | | Invoice Total | 819.00 |
| | | Balance Due | 819.00 |

Thank you for using Copley Court Reporting, Inc.

INSPECTION AND COMPLETION CERTIFICATE
I hereby certify that the services/goods specified above
have been performed/received and inspected by me on
the date(s) specified, that the quantities of materials are
correct, and that performance and quality are
satisfactory as noted. Date: 10/16/06

Jenny Prokopawich
Print Name Clearly

J Prokopa[...]
Authorized Signature

**THIS BILL IS NON-TRANSFERRABLE**
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# EXPENDITURE REQUEST FORM

Date: 10/16/06  REQ #: _____

Department & Facility: General Counsel's Office  PO #: _____

Person Requesting: Ellen M. Caulo   Ext. 3082   ER #: F5307 826

Supervisor: _____   Date: _____

MTM: *James M. Dar* (Signature Required)   Date: 10/16/06

| Qnty | Unit | Description | Code | Price | Total |
|---|---|---|---|---|---|
| | | Stenographer's fee for transcript taken 10/4/06 in Bergeron, et al v. Cabral USDC2005CV11661RGS | | $819.00 | $819.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Circle One (Instructions to Vendor): *Deliver As Requested*   *Deliver At Once (ASAP)*   **Grand Total:** $ 819.00

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: Copley Court Reporting, Inc.   Contact Person(s): Karen Cole

Vendor Address: 58 Batterymarch Street, Suite 317, Boston, MA 02110

Telephone Number: 617-423-5841   Fax #: 617-423-0005

Tax ID Number: 04-2861661   E Mail: _____

**For Administrative Use Only:**

PO: ___ Service Order: ___ Non Order: ✓ Contract: ___ [Prof. Services]: ___

Sheriff (or Designee) Approval   Date

Pass FS Review: TK 10/18/06  Comments: _____
Initials/Date

Pass Budget Check? YES ___ NO ___   Approp/Div/MMARS: _____
Verified By   Date

Director of Financial Services (or designee): _____
Initials/Date

Reminder: Please ensure all pertinent information is provided.