

# INVOICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

58 Batterymarch Street, Suite 317
Boston, Massachusetts 02110
Phone: 617.423.5841
Fax: 617.423.0005

BILL TO:

Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
617.961.6681

Attn: Ellen M. Caulo, Atty.

TAX ID#: 04-2861661

Job Taken 10/06/2006      7616

Reporter:
Christine Larkin-Warwick

DATE: 10/13/2006     INVOICE NO.:     25789

| Description | Qty | Rate | Total |
|---|---|---|---|
| Bergeron vs. Cabral, et al | | | |
| Depo. of Lorne Lynch | | | |
| Original (exp.) | 198.00 | 6.10 | 1,207.80 |
| S/H | 1.00 | 9.00 | 9.00 |
| Disk & Mini w/index--N/C (sent w/trans.) | 1.00 | 0.00 | |
| **E-mailed transcript on 10.9.2006 | 0.00 | 0.00 | |
| ***Signature pages sent to Atty. Pfaff | 0.00 | 0.00 | |

Invoice Total   1,216.80

Balance Due   1,216.80

Thank you for using Copley Court Reporting, Inc.

INSPECTION AND COMPLETION CERTIFICATE
I hereby certify that the services/goods specified above
have been satisfactorily received and inspected by me on
the date(s) specified, that the quantities of materials are
correct, and that performance and quality are
satisfactory as noted. Date: 10/17/06

Print Name Clearly

Authorized Signature

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
## EXPENDITURE REQUEST FORM

Date: 10/17/06　　　　　　　　　　　　　　　　　　　　　　REQ #: _____

Department & Facility: General Counsel's Office　　　　　　　PO #: _____

Person Requesting: Ellen Caulo　　　Ext. 3082　　　　　　　　ER #: FS307-872

Supervisor: _____　　　　　　　　　　Date: _____

MTM: _James M. D_____　　　　　　　　　　　Date: 10/17/06
(Signature Required)

| Qnty | Unit | Description | Code | Price | Total |
|------|------|-------------|------|-------|-------|
|      |      | Stenographer's fee for deposition transcript taken 10/6/06 in Bergeron, et al v. Cabral USDC2005-11661-RGS |  | $1,216.80 | $1,216.80 |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |

**Circle One** (Instructions to Vendor): *Deliver As Requested    Deliver At Once (ASAP)*    **Grand Total:** $ 1,216.80

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: Copley Court Reporting, Inc.　　　　　　Contact Person(s): Karen Cole

Vendor Address: 58 Batterymarch St., Suite 317, Boston, MA 02110

Telephone Number: 617-423-5841　　　　　　　　　　　Fax #: 617-423-0005

Tax ID Number: 04-2861661　　　　　　　　　　　　　　E Mail: _____

**For Administrative Use Only:**

PO: ___ Service Order: ___ Non Order: ✓ Contract: ___ [Prof. Services]: ___

Sheriff (or Designee) Approval    Date

Pass FS Review: TK 10/24/06   Comments: _____
　　　　　　　　　Initials/Date

Pass Budget Check?  YES ___  NO ___  _____  Approp/Div/MMARS: _____
　　　　　　　　　　　　　　　　Verified By   Date

Director of Financial Services (or designee): _____
　　　　　　　　　　　　　　　　　　Initials/Date
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Reminder: Please
ensure all pertinent information is provided.