

# INVOICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

**BILL TO:**

Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
617.961.6681

Attn: Ellen M. Caulo, Atty.

58 Batterymarch Street, Suite 317
Boston, Massachusetts 02110
Phone: 617.423.5841
Fax: 617.423.0005

TAX ID#: 04-2861661

Job Taken   9/29/2006   7616

Reporter:
William Jackson

DATE: 10/19/2006   INVOICE No.: 25843

| Description | Qty | Rate | Total |
|---|---|---|---|
| Bergeron vs. Suffolk County, et al Sched. deposition | | | |
| Attend. of Steno. | 1.00 | 175.00 | 175.00 |
| | | Invoice Total | 175.00 |
| | | Balance Due | 175.00 |

Thank you for using Copley Court Reporting, Inc.

**INSPECTION AND COMPLETION CERTIFICATE**
I hereby certify that the services/goods specified above have been performed/received and inspected by me on the date(s) specified, that the quantities of materials are correct, and that performance and quality are satisfactory as noted. Date: 10/20/06

Jerry Packapavich
Print Name Clearly

g. Packapavich
Authorized Signature

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
## EXPENDITURE REQUEST FORM

Date: 10/20/06

Department & Facility: General Counsel's Office

Person Requesting: Ellen Caulo    Ext. 3082

Supervisor: _____    Date: _____

MTM: _James M. Davis_ (Signature Required)    Date: 10/23/06

REQ # _____
PO # _____
ER # FS307-901

| Qnty | Unit | Description | Code | Price | Total |
|------|------|-------------|------|-------|-------|
|  |  | Stenographer's fee for deposition appearance (deposition cancelled short notice) in Bergeron, et al v. Cabral USDC2005-11661-RGS |  | $175.00 | $175.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Circle One** (Instructions to Vendor): *Deliver As Requested    Deliver At Once (ASAP)*    **Grand Total: $** 175.00

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: Copley Court Reporting, Inc.    Contact Person(s): Karen Cole

Vendor Address: 58 Batterymarch St., Suite 317, Boston, MA 02110

Telephone Number: (617) 423-5841    Fax #: (617) 423-0005

Tax ID Number: 04-2861661    E Mail: _____

**For Administrative Use Only:**

PO: ___ Service Order: ___ Non Order: ✓ Contract: ___  [Prof. Services]: ___

Pass FS Review: TK 11/2/06  Comments: _____

Sheriff (or Designee) Approval    Date

Pass Budget Check? YES ___ NO ___    Approp/Div/MMARS: _____
Verified By   Date

Director of Financial Services (or designee): _____
Initials/Date

Reminder: Please ensure all pertinent information is provided.