

# INVOICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

BILL TO:

Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
617.961.6681

Attn: Ellen M. Caulo, Atty.

58 Batterymarch Street, Suite 317
Boston, Massachusetts 02110
Phone: 617.423.5841
Fax: 617.423.0005

TAX ID#: 04-2861661

Job Taken 10/31/2006    7616

Reporter:
Patricia Haynes

DATE: 11/09/2006    INVOICE NO.:    26005

| Description | Qty | Rate | Total |
|---|---|---|---|
| Bergeron vs. Cabral | | | |
| Depo. of John Barnes | | | |
| Original (exp.) | 216.00 | 5.25 | 1,134.00 |
| S/H | 1.00 | 9.00 | 9.00 |
| Disk & Mini w/index--N/C (sent w/trans.) | 1.00 | 0.00 | |
| *Sig. pages sent to Atty. Condon | 0.00 | 0.00 | |

Invoice Total    1,143.00

Balance Due    1,143.00

Thank you for using Copley Court Reporting, Inc.

INSPECTION AND COMPLETION CERTIFICATE
I hereby certify that the services/goods specified above have been performed/received and inspected by me on the date(s) specified, that the quantities of materials are correct, and that performance and quality are satisfactory as noted. Date: 11/13/06

Print Name Clearly: Jenny Prokopowicz
Authorized Signature: J. Prokopowicz

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
## EXPENDITURE REQUEST FORM

Date: 10/26/06

Department & Facility: General Counsel's Office

Person Requesting: Ellen M. Caulo    Ext. 3082

Supervisor: _____   Date: _____

MTM: _James M. Davis_ (Signature Required)   Date: 11/13/06

REQ # _____
PO # _____
ER # FS307-991

| Qnty | Unit | Description | Code | Price | Total |
|---|---|---|---|---|---|
|  |  | Stenographer's fee for deposition taken 10/31/06 in Bergeron, et al v. Cabral USDC 05-11661-RGS |  | $1,143.00 | $1,143.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Circle One** (Instructions to Vendor): *Deliver As Requested*   *Deliver At Once (ASAP)*   **Grand Total:** $ 1,143.00

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: Copley Court Reporting    Contact Person(s): Karen Cole

Vendor Address: 58 Batterymarch St., Suite 317, Boston, MA 02110

Telephone Number: 617-423-5841    Fax #: 617-423-0005

Tax ID Number: 04-2861661    E Mail: _____

**For Administrative Use Only:**

PO: ___ Service Order: ___ Non Order: ✓ Contract: ___ [Prof. Services]: ___

Pass FS Review: TK 11/22/06  Comments: _____

Sheriff (or Designee) Approval  Date

Pass Budget Check? YES ___ NO ___ _____ Approp/Div/MMARS: _____
                                 Verified By  Date

Director of Financial Services (or designee): _____
                                              Initials/Date

Reminder: Please ensure all pertinent information is provided.