

# INVOICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

**BILL TO:**

Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
617.961.6681

Attn: Ellen M. Caulo, Atty.

58 Batterymarch Street, Suite 317
Boston, Massachusetts 02110
Phone: 617.423.5841
Fax: 617.423.0005

TAX ID#: 04-2861661

Job Taken 11/02/2006    7616

Reporter:
William Jackson

DATE: 11/14/2006    INVOICE NO.:    26011

| Description | Qty | Rate | Total |
|---|---|---|---|
| Bergeron vs. Cabral, et al | | | |
| Depo. of Lorne Lynch (vol. 2) | | | |
| Original | 113.00 | 3.50 | 395.50 |
| S/H | 1.00 | 8.75 | 8.75 |
| *ASCII Disk/Mini w/index--N/C (enc.) | 1.00 | 0.00 | |
| Invoice Total | | | 404.25 |
| Balance Due | | | 404.25 |

Thank you for using Copley Court Reporting, Inc.

INSPECTION AND COMPLETION CERTIFICATE
I hereby certify that the services/goods specified above
have been performed/received and inspected by me on
the date(s) specified, that the quantities of materials are
correct, and that performance and quality are
satisfactory as noted. Date: 11/16/06

Print Name Clearly: Jerry Prokopiuk

Authorized Signature: J. Prokopiuk

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# EXPENDITURE REQUEST FORM

Date: 11/16/06

Department & Facility: General Counsel's Office

Person Requesting: Jenny Prokopovich  Ext. 3082

Supervisor: _____ Date: _____

MTM: _[signature]_ Date: 11/16/06
(Signature Required)

REQ # _____
PO # _____
ER # FS307-1080

| Qnty | Unit | Description | Code | Price | Total |
|---|---|---|---|---|---|
| | | Stenographer's fee for deposition transcript taken 11/2/06 in Bergeron, et al v. Cabral USDC 05-11661-RGS | | $404.25 | $404.25 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Circle One (Instructions to Vendor): Deliver As Requested   Deliver At Once (ASAP)   **Grand Total: $** 404.25

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: Copley Court Reporting   Contact Person(s): Karen Cole

Vendor Address: 58 Batterymarch Street, Suite 317, Boston, MA 02110

Telephone Number: 617-423-5841   Fax #: 617-423-0005

Tax ID Number: 04-2861661   E Mail: _____

## For Administrative Use Only:

PO: ___ Service Order: ___ Non Order: ✓ Contract: ___ [Prof. Services]: ___

Pass FS Review: JC 11/22/06 Comments: _____
Initials/Date

Sheriff (or Designee) Approval   Date

Pass Budget Check? YES ___ NO ___ _____ Approp/Div/MMARS: _____
Verified By   Date

Director of Financial Services (or designee): _____
Initials/Date

ensure all pertinent information is provided.

Reminder: Please