

# INVICE
HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

BILL TO:

Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
617.961.6681

Attn: Ellen M. Caulo, Atty.

58 Batterymarch Street, Suite 317
Boston, Massachusetts 02110
Phone: 617.423.5841
Fax: 617.423.0005

TAX ID#: 04-2861661

Job Taken 12/08/2006    7616

Reporter:
Patricia Haynes

DATE: 12/21/2006    INVOICE No.:    26306

| Description | Qty | Rate | Total |
|---|---|---|---|
| Bergeron vs. Cabral, et al | | | |
| Depo. of William Peneau | | | |
| Original | 87.00 | 3.50 | 304.50 |
| S/H | 1.00 | 8.75 | 8.75 |
| *ASCII Disk/Mini w/index--N/C (enc.) | 1.00 | 0.00 | |
| **Sig. pages sent to Atty. Pfaff | 0.00 | 0.00 | |
| ***E-Mailed disk | 0.00 | 0.00 | |

Invoice Total    313.25

Balance Due    313.25

Thank you for using Copley Court Reporting, Inc.

INSPECTION AND COMPLETION CERTIFICATE
I hereby certify that the services/goods specified above
have been performed/received and inspected by me on
the date(s) specified, that the quantities of materials are
correct, and that performance and quality are
satisfactory as noted. Date 1/2/07

Print Name Clearly: Jenny Perkpolis
Authorized Signature: G. Perkpolis

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# EXPENDITURE REQUEST FORM

Date: 1/2/07

Department & Facility: General Counsel's Office

Person Requesting: Ellen M. Caulo    Ext. 6651

Supervisor: _____    Date: _____

MTM: *James M. Davis* (Signature Required)    Date: 1/2/07

REQ # _____

PO # _____

ER # _____

FS 307-1196

| Qnty | Unit | Description | Code | Price | Total |
|---|---|---|---|---|---|
| | | Stenographer's fee for deposition transcript taken 12/8/06 in Bergeron, et al v. Cabral USDC05-11661-RGS | | $313.25 | $313.25 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Circle One (Instructions to Vendor): Deliver As Requested    Deliver At Once (ASAP)    **Grand Total: $** 313.25

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: Copley Court Reporting    Contact Person(s): Karen Cole

Vendor Address: 58 Batterymarch Street, Suite 317, Boston, MA 02110

Telephone Number: 617-423-5841    Fax #: 617-423-0005

Tax ID Number: 04-2861661    E Mail: _____

**For Administrative Use Only:**

PO: ___ Service Order: ___ Non Order: ✓ Contract: ___    [Prof. Services]: ___

Pass FS Review: JK 1/9/07    Comments: _____
Initials/Date

Sheriff (or Designee) Approval    Date

Pass Budget Check? YES ___ NO ___    Approp/Div/MMARS: _____
Verified By    Date

Director of Financial Services (or designee): _____
Initials/Date

ensure all pertinent information is provided.-    Reminder: Please