One State Street  
Boston, MA 02109  
617.742.6900  
617.973.9500  

224 Datura Street  
W. Palm Beach, FL 33401  
561.277.7221  
561.961.1049  

# Dunn & Goudreau
## COURT REPORTING SERVICE, INC.

Suffolk County Sheriff's Department  
200 Nashua Street  
Boston, MA 02114  

INVOICE NO.: 984037  
INVOICE DATE: 2/06/2007  
REPORTER: Leslie A. D'Emilia  

Ellen M. Caulo, Esq.  
Grennon, et al. v. Cabral  

ID# 04-3176149  

| Date | Description | Amount |
|---|---|---|
| | DATE OF SERVICE: Janaury 22, 2007 | |
| | DEPOSITION OF: | |
| | Sheriff Andrew Cabral | |
| | COPY OF TRANSCRIPT (189 Pgs.) | 510.30 |
| | CONDENSED TRANSCRIPT | 35.00 |
| | PROCESSING FEE | 6.00 |
| | COURIER | 8.00 |
| | Sub Total | 559.30 |
| | Paid | 0.00 |
| | Balance Due | 559.30 |

Terms: Net 30 days from date of invoice.  
A service charge of 1.5% per month will  
be applied to all past due balances.

INSPECTION AND COMPLETION CERTIFICATE  
I hereby certify that the services/goods specified above  
have been performed/received and inspected by me on  
the date(s) specified, that the quantities of materials are  
correct, and that performance and quality are  
satisfactory as noted. Date: 2/6/07  
Jenny Prokopius  
Print Name Clearly  
JProkopius  
Authorized Signature  

Please remit all payments to our Boston office.

www.dunnandgoudreau.com  
800 482-3039

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# EXPENDITURE REQUEST FORM

Date: 2/6/07

Department & Facility: General Counsel's Office

Person Requesting: Ellen M. Caulo   Ext. 3082

Supervisor: _____   Date: _____

MTM: *James M. Davis* (Signature Required)   Date: 2/8/07

REQ # _____
PO # _____
ER # FS 307-1574

| Qnty | Unit | Description | Code | Price | Total |
|------|------|-------------|------|-------|-------|
|      |      | Stenographer's fee for deposition transcript taken 1/22/07 in Bergeron, et al v. Cabral USDC05-11661-RGS |  | $559.30 | $559.30 |

Circle One (Instructions to Vendor): Deliver As Requested   Deliver At Once (ASAP)   Grand Total: $ 559.30

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: Dunn & Goudrean Court Reporting Service, Inc.   Contact Person(s): Leslie D'Emilia

Vendor Address: 1 State Street, Boston, MA 02109

Telephone Number: 617-742-6900   Fax #: 617-973-9500

Tax ID Number: 04-3176149   E Mail: _____

**For Administrative Use Only:**

PO: ___  Service Order: ___  Non Order: ✓  Contract: ___  [Prof. Services]: ___

Pass FS Review: TK 4/9/07   Comments: _____   Sheriff (or Designee) Approval   Date
Initials/Date

Pass Budget Check? YES ___ NO ___   Approp/Div/MMARS: _____
Verified By   Date

Director of Financial Services (or designee): _____
ensure all pertinent information is provided.   Initials/Date   Reminder: Please