

# INVOICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

**BILL TO:**

Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
617.961.6681

Attn: Ellen M. Caulo, Atty.

58 Batterymarch Street, Suite 317
Boston, Massachusetts 02110
Phone: 617.423.5841
Fax: 617.423.0005

TAX ID#: 04-2861661

Job Taken 12/13/2006     7616

Reporter:
Maureen Nashawaty

DATE: 1/09/2007     INVOICE No.: 26405

| Description | Qty | Rate | Total |
|---|---|---|---|
| Bergeron vs. Cabral, et al | | | |
| Depo. of Erik P. DiLibero (131pgs.) | | | |
| Depo. of Paul A. Giglio (124pgs.) | 0.00 | 0.00 | |
| Original | 255.00 | 3.50 | 892.50 |
| S/H | 1.00 | 10.00 | 10.00 |
| *ASCII Disk/Mini w/index--N/C (enc.) | 1.00 | 0.00 | |
| Invoice Total | | | 902.50 |
| Balance Due | | | 902.50 |

Thank you for using Copley Court Reporting, Inc.

INSPECTION AND ___ ON CERT ___
I ___ by certify that the services/goods specified above
have been performed/received and inspected by me on
the date(s) specified, that the quantities of materials are
correct, and that performance and quality are
satisfactory as noted. Date: 1/11/07

Print Name Clearly
Authorized Signature

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# EXPENDITURE REQUEST FORM

Date: 1/11/07

Department & Facility: General Counsel's Office

Person Requesting: Ellen M. Caulo    Ext. 3082

Supervisor: _____    Date: _____

MTM: _James M. Davis_ (Signature Required)    Date: 1/11/07

REQ # _____
PO # _____
ER # FS307-1221

| Qnty | Unit | Description | Code | Price | Total |
|---|---|---|---|---|---|
| | | Stenographer's fee for deposition transcript taken 12/13/06 in Bergeron, et al v. Cabral USDC05-11661-RGS | | $902.50 | $902.50 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Circle One** (Instructions to Vendor): *Deliver As Requested*   *Deliver At Once (ASAP)*   **Grand Total: $** 902.50

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: Copley Court Reporting    Contact Person(s): Karen Cole

Vendor Address: 58 Batterymarch St., Suite 317, Boston, MA 02110

Telephone Number: 617-423-5841    Fax #: 617-423-0005

Tax ID Number: 04-2861661    E Mail: _____

### For Administrative Use Only:

PO: ___  Service Order: ___  Non Order: ✓  Contract: ___  [Prof. Services]: ___

Pass FS Review: TK 1/18/07    Comments: _____

Sheriff (or Designee) Approval    Date

Pass Budget Check?  YES ___  NO ___    Approp/Div/MMARS: _____
                    Verified By   Date

Director of Financial Services (or designee): _____
                                              Initials/Date

Reminder: Please ensure all pertinent information is provided.