

# INVOICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

58 Batterymarch ST
Suite 317
~~101 Tremont Street.~~
Boston, Massachusetts 02108
Phone: 617.423.5841
Fax: 617.423.0005

**BILL TO:**

Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
617.961.6681

Attn: Ellen M. Caulo, Atty.

TAX ID#: 04-2861661

Job Taken 1/09/2007  7616

Reporter:
William Jackson

DATE: 1/16/2007    INVOICE No.:    26446

| Description | Qty | Rate | Total |
|---|---|---|---|
| Bergeron vs. Cabral, et al | | | |
| Depo. of Timothy Turley | | | |
| Original (exp.) | 169.00 | 5.60 | 946.40 |
| S/H | 1.00 | 9.00 | 9.00 |
| Disk & Mini w/index--N/C (sent w/trans.) | 1.00 | 0.00 | |
| **E-Mailed disk | 0.00 | 0.00 | |
| | | Invoice Total | 955.40 |
| | | Balance Due | 955.40 |

Thank you for using Copley Court Reporting, Inc.

INSPECTION AND ACCEPTANCE CERTIFICATE
I hereby certify that the services/goods specified above
have been performed/received and inspected by me on
the date(s) specified, that the quantities of materials are
correct, and that performance and quality are
satisfactory as noted. Date: 1/17/07
Print Name Clearly
Authorized Signature

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
## EXPENDITURE REQUEST FORM

Date: 1/17/07  REQ #: _____

Department & Facility: General Counsel's Office  PO #: _____

Person Requesting: Ellen M. Caulo  Ext. 3082  ER #: FS307-1270

Supervisor: _____  Date: _____

MTM: *James M. Dow* (Signature Required)  Date: 1/17/07

| Qnty | Unit | Description | Code | Price | Total |
|---|---|---|---|---|---|
| | | Stenographer's fee for deposition transcript taken 1/9/07 in Bergeron, et al v. Cabral USDC 05-11661-RGS | | $955.40 | $955.40 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Circle One (Instructions to Vendor): *Deliver As Requested*  *Deliver At Once (ASAP)*  **Grand Total: $ 955.40**

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: Copley Court Reporting  Contact Person(s): Karen Cole

Vendor Address: 58 Batterymarch Street, Suite 317, Boston, MA 02110

Telephone Number: 617-423-5841  Fax #: 617-423-0005

Tax ID Number: 04-2861661  E Mail: _____

### For Administrative Use Only:

PO: ___ Service Order: ___ Non Order: ✓ Contract: ___ [Prof. Services]: ___

Sheriff (or Designee) Approval  Date

Pass FS Review: TK 1/23/07  Comments: _____

Pass Budget Check? YES ___ NO ___  Approp/Div/MMARS: _____
Verified By  Date

Director of Financial Services (or designee): _____
Initials/Date

Reminder: Please ensure all pertinent information is provided.