

# INVOICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

BILL TO:

Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
617.961.6681

Attn: Ellen M. Caulo, Atty.

58 Batterymarch Street, Suite 317
Boston, Massachusetts 02110
Phone: 617.423.5841
Fax: 617.423.0005

TAX ID#: 04-2861661

Job Taken  1/19/2007   7616

Reporter:
Christine Larkin-Warwick

DATE: 1/24/2007       INVOICE No.:       26510

| Description | Qty | Rate | Total |
|---|---|---|---|
| Bergeron vs. Cabral, et al | | | |
| Depo. of John Grennon | | | |
| Original (exp.) | 143.00 | 6.10 | 872.30 |
| S/H | 1.00 | 8.75 | 8.75 |
| Disk & Mini w/index--N/C (sent w/trans.) | 1.00 | 0.00 | |
| *Sig. pages sent to Atty. Pfaff | 0.00 | 0.00 | |
| **E-Mailed transcript on 1.21.2007 | 0.00 | 0.00 | |

Invoice Total    881.05

Balance Due    881.05

Thank you for using Copley Court Reporting, Inc.

INSPECTION AND RECEPTION CERTIFICATE
I hereby certify that the services/goods specified above
have been performed/received and inspected by me on
the date(s) specified, that the quantities of material are
correct, and that performance and quality are
satisfactory as noted. Date: 1/25/07

Print Name Clearly: Jenny Prokipovich

Authorized Signature

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# EXPENDITURE REQUEST FORM

Date: 1/25/07

Department & Facility: General Counsel's Office

Person Requesting: Ellen M Caulo  Ext. 3082

Supervisor: _____ Date: _____

MTM: *[signature: E.M. Caulo]* Date: 1/25/07
(Signature Required)

REQ # _____
PO # _____
ER # FS 307-129

| Qnty | Unit | Description | Code | Price | Total |
|------|------|-------------|------|-------|-------|
|      |      | Stenographer's fee for deposition transcript taken 1/19/07 in Bergeron, et al v. Cabral USDC05-11661-RGS |  | $881.05 | $881.05 |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |

**Circle One** (Instructions to Vendor): Deliver As Requested   Deliver At Once (ASAP)   **Grand Total:** $ 881.05

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: Copley Court Reporting, Inc.   Contact Person(s): Karen Cole

Vendor Address: 58 Batterymarch Street, Suite 317, Boston, MA 02110

Telephone Number: 617-423-5841   Fax #: 617-423-0005

Tax ID Number: 04-2861661   E Mail: _____

**For Administrative Use Only:**

PO: ___ Service Order: ___ Non Order: ✓ Contract: ___ [Prof. Services]: ___

Pass FS Review: IK 2/2/07  Comments: _____
   Initials/Date

Sheriff (or Designee) Approval   Date

Pass Budget Check? YES ___ NO ___ _____ Approp/Div/MMARS: _____
                              Verified By  Date

Director of Financial Services (or designee): _____
                                             Initials/Date

ensure all pertinent information is provided.

Reminder: Please

*[stamp: RECEIVED 2007 FEB -5 PM 2:11 GENERAL COUNSEL'S OFFICE]*