

# INVICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

BILL TO:

Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
617.961.6681

Attn: Ellen M. Caulo, Atty.

58 Batterymarch Street, Suite 317
Boston, Massachusetts 02110
Phone: 617.423.5841
Fax: 617.423.0005

TAX ID#: 04-2861661

Job Taken  1/18/2007    7616

Reporter:
Julie Healey

DATE:  2/06/2007    INVOICE NO.:    26586

| Description | Qty | Rate | Total |
|---|---|---|---|
| Bergeron vs. Cabral, et al | | | |
| Depo. of John Ellis | | | |
| Original | 231.00 | 3.50 | 808.50 |
| S/H | 1.00 | 10.00 | 10.00 |
| *ASCII Disk/Mini w/index--N/C (enc.) | 1.00 | 0.00 | |
| **Sig. pages sent to Atty. Stewart | 0.00 | 0.00 | |
| | | Invoice Total | 818.50 |
| | | Balance Due | 818.50 |

Thank you for using Copley Court Reporting, Inc.



THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
## EXPENDITURE REQUEST FORM

Date: 2/9/07

Department & Facility: General Counsel's Office

Person Requesting: Ellen M. Caulo    Ext. 3082

Supervisor: _____    Date: _____

MTM: *James M. Davis* (Signature Required)    Date: 2/13/07

REQ #: _____
PO #: _____
ER #: FS307-1355

| Qnty | Unit | Description | Code | Price | Total |
|------|------|-------------|------|-------|-------|
|      |      | Stenographer's fee for deposition transcript taken 1/18/07 in Bergeron, et al v. Cabral USDC 05-11661-RGS |  | $818.50 | $818.50 |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |

Circle One (Instructions to Vendor): *Deliver As Requested*    *Deliver At Once (ASAP)*    **Grand Total: $** 818.50

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: Copley Court Reporting, Inc    Contact Person(s): Karen Cole

Vendor Address: 58 Batterymarch Street, Suite 317, Boston, MA 02110

Telephone Number: 617-423-5841    Fax #: 617-423-0005

Tax ID Number: 04-2861661    E Mail: _____

RECEIVED 2007 FEB 23 AM 11:59 GENERAL COUNSEL'S OFFICE

### For Administrative Use Only:

PO: ___  Service Order: ___  Non Order: ✓  Contract: ___  [Prof. Services]: ___

Pass FS Review: TK 2/20/07  Comments: _____

Sheriff (or Designee) Approval    Date

Pass Budget Check?  YES ___  NO ___    Approp/Div/MMARS: _____
Verified By    Date

Director of Financial Services (or designee): _____
Initials/Date

Reminder: Please ensure all pertinent information is provided.