

# INVICE
HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

BILL TO:

Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA 02114
617.961.6681

Attn: Ellen M. Caulo, Atty.

58 Batterymarch Street, Suite 317
Boston, Massachusetts 02110
Phone: 617.423.5841
Fax: 617.423.0005

TAX ID#: 04-2861661

Job Taken   2/26/2007   7616

Reporter:
Patricia Haynes

DATE: 3/28/2007    INVOICE NO.:   26918

| Description | Qty | Rate | Total |
|---|---|---|---|
| Bergeron vs. Cabral, et al | | | |
| Depo. of John Grennon (vol. 2) | | | |
| Original | 235.00 | 3.50 | 822.50 |
| S/H | 1.00 | 9.00 | 9.00 |
| *ASCII Disk/Mini w/index--N/C (enc.) | 1.00 | 0.00 | |
| **Sig. pages sent to Atty. Stewart | 0.00 | 0.00 | |
| ***E-Mailed ASCII Disk | 0.00 | 0.00 | |

Invoice Total   831.50

Balance Due   831.50

Thank you for using Copley Court Reporting, Inc.

INSPECTION AND ACCEPTANCE CERTIFICATE
I hereby certify that the services/goods specified above have been performed/received and inspected by me on the date(s) specified, that the quantities of materials are correct, and that performance and quality are satisfactory as noted. Date: 3/36/07

Print Name Clearly: Jenny Laskapavich

Authorized Signature: J Laskapavich

RECEIVED 2007 MAR 30 AM 10: 02 GENERAL COUNSEL'S OFFICE

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
## EXPENDITURE REQUEST FORM

Date: 3/30/07                                                                 REQ #: _____

Department & Facility: _____General Counsel's Office_____                   PO #: _____

Person Requesting: ___Ellen M. Caulo___  Ext. __3082__                        ER #: FS307-1576

Supervisor: _____  Date: _____

MTM: _James M. Daw_ (Signature Required)    Date: 3/30/07

| Qnty | Unit | Description | Code | Price | Total |
|---|---|---|---|---|---|
|  |  | Stenographer's fee for deposition transcript taken 2/26/07 in Bergeron, et al v. Cabral USDC 05-11661-RGS |  | $831.50 | $831.50 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Circle One (Instructions to Vendor): *Deliver As Requested*   *Deliver At Once (ASAP)*   **Grand Total: $** 831.50

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: __Copley Court Reporting__        Contact Person(s): __Karen Cole__

Vendor Address: 58 Batterymarch Street, Suite 317, Boston, MA  02110

Telephone Number: ___617-423-5841___                 Fax #: ___617-423-0005___

Tax ID Number ___04-2861661___                       E Mail: _____

### For Administrative Use Only:

PO: ___  Service Order: ___  Non Order: ✓  Contract: ___  [Prof. Services]: ___

Pass FS Review: TIC 4/9/07  Comments: _____

Sheriff (or Designee) Approval   Date

Pass Budget Check?  YES ___  NO ___       Approp/Div/MMARS: _____
                              Verified By   Date

Director of Financial Services (or designee): _____
                                              Initials/Date

Reminder: Please ensure all pertinent information is provided.