

# INVOICE

HTTP:WWW.COPLEYCOURT.COM
E-MAIL: LWSTARR@COPLEYCOURT.COM

## COPLEY COURT REPORTING, INC.

58 Batterymarch Street, Suite 317
Boston, Massachusetts 02110
Phone: 617.423.5841
Fax: 617.423.0005

BILL TO:

Suffolk County Sheriff's Dept.
200 Nashua Street
Boston, MA  02114
617.961.6681

Attn: Ellen M. Caulo, Atty.

TAX ID#: 04-2861661

Job Taken  3/28/2007     7616

Reporter:
Julie Healey

DATE:    4/03/2007    **INVOICE No.:**        26946

| Description | Qty | Rate | Total |
| --- | --- | --- | --- |
| Bergeron vs. Cabral, et al | | | |
| Depo. of John Barnes | | | |
| | | | |
| Original (exp.) | 141.00 | 6.30 | 888.30 |
| S/H (on 3.30.2007) | 1.00 | 8.75 | 8.75 |
| Disk & Mini w/index--N/C (sent w/trans.) | 1.00 | 0.00 | |
| **E-Mailed disk on 3.29.2007 | 0.00 | 0.00 | |
| ***Sig. pages sent to Atty. Stewart | 0.00 | 0.00 | |

                                       Invoice Total      897.05


                                       Balance Due        897.05
                                                       ---------

Thank you for using Copley Court Reporting, Inc.

RECEIVED AT OFFICE
2007 APR -4 AM 9: 29
GENERAL COUNSEL'S OFFICE

INSPECTION AND COMPLETION CERTIFICATE.
I hereby certify that the services/goods specified above
have been performed/received and inspected by me an
the date(s) specified, that the quantities of materials are
correct, and that performance and quality are
satisfactory as noted. Date: 4/4/07

Print Name Clearly

Authorized Signature

THIS BILL IS NON-TRANSFERRABLE
(Interest to be charged at the rate of 1.5% per month after 30 days)
Thank you for your prompt attention

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
## EXPENDITURE REQUEST FORM

Date: 4/4/07

REQ # _____

Department & Facility: General Counsel's Office

PO # _____

Person Requesting: Ellen M. Caulo    Ext. 3082

ER # FS 307 - 1577

Supervisor: _____  Date: _____

MTM: _James M. Daw_ (Signature Required)    Date: 4/4/07

| Qnty | Unit | Description | Code | Price | Total |
|------|------|-------------|------|-------|-------|
|  |  | Stenographer's fee for expedited deposition transcript taken 3/28/07 in Bergeron, et al v. Cabral USDC 05-11661-RGS |  | $897.05 | $897.05 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Circle One** (Instructions to Vendor): Deliver As Requested    Deliver At Once (ASAP)    **Grand Total: $** 897.05

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: Copley Court Reporting    Contact Person(s): Karen Cole

Vendor Address: 58 Batterymarch Street, Suite 317, Boston, MA 02110

Telephone Number: 617-423-5841    Fax #: 617-423-0005

Tax ID Number    04-2861661    E Mail: _____

### For Administrative Use Only:

PO: ___ Service Order: ___ Non Order: ✓ Contract: ___ [Prof. Services]: ___

Sheriff (or Designee) Approval    Date

Pass FS Review? TK 4/9/07 (Initials/Date)    Comments: _____

Pass Budget Check? YES ___ NO ___ (Verified By    Date)    Approp/Div/MMARS: _____

Director of Financial Services (or designee): _____ (Initials/Date)

ensure all pertinent information is provided.

Reminder: Please