# DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

One State Street, Suite 1150
Boston, MA 02109
Tel: (617) 742-6900  Fax: (617) 973-9500
www.dunnandgoudreau.com

Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114

INVOICE NO.: 978886
INVOICE DATE: 5/25/2006
REPORTER: Judy Sidel

Ellen M. Caulo, Esq.

Bergeron, et al. -v- Cabral, et al.

ID# 04-3176149

| Date | Description | Amount |
|---|---|---|
| | DATE TAKEN: 5/8/06 | |
| | DEPOSITION OF: Viktor A. Theiss | |
| | Copy of Transcript: (111 Pages) | 299.70 |
| | CONDENSED TRANSCRIPT | 35.00 |
| | ASCII DISK | 35.00 |
| | PROCESSING FEE | 6.00 |
| | COURIER | 8.00 |
| | Sub Total | 383.70 |
| | Paid | 0.00 |
| | Balance Due | 383.70 |

Terms: Net 30 days from date of invoice.
A service charge of 1.5% per month will
be applied to all past due balances.



INSPECTION AND COMPLETION CERTIFICATE
I hereby certify that the services/goods specified above
have been performed/received and inspected by me on
the date(s) specified, that the quantities of materials are
correct, and that performance and quality are
satisfactory as noted. Date: 6/5/06

Print Name Clearly

Authorized Signature

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
## EXPENDITURE REQUEST FORM

Date: 6/6/06          REQ # _____

Department & Facility: General Counsel's Office          PO # _____

Person Requesting: Ellen Caulo    Ext. 3082          ER # TK06-950

Supervisor: _____    Date: _____

MTM: *James M. Dava* (Signature Required)    Date: 6/5/06

| Qnty | Unit | Description | Code | Price | Total |
|------|------|-------------|------|-------|-------|
|      |      | Stenographer's fee for deposition taken 5/8/06 in Bergeron, et al v. Cabral USDC05-11661-RGS |   | $383.70 | $383.70 |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |

Circle One (Instructions to Vendor): *Deliver As Requested*    *Deliver At Once (ASAP)*    **Grand Total: $** 383.70

State Reason For Request (Attach Detailed Specifications): See attached invoice

Vendor Name: Dunn & Goudreau Court Reporting Service, Inc.    Contact Person(s): Judy Sidel

Vendor Address: 1 State Street, Suite 1150, Boston, MA 02109

Telephone Number: 617-742-6900          Fax #: 617-973-9500

Tax ID Number: 04-3176149          E Mail: _____

### For Administrative Use Only:

PO: ___  Service Order: ___  Non Order: ✓  Contract: ___  [Prof. Services]: ___

Sheriff (or Designee) Approval    Date

Pass FS Review: TK 6/8/06 (Initials/Date)    Comments: _____

Pass Budget Check? YES ___ NO ___  _____ (Verified By  Date)    Approp/Div/MMARS: _____

Director of Financial Services (or designee): _____ (Initials/Date)

**Reminder: Please ensure all pertinent information is provided.**