## DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
One State Street, Suite 1150
Boston, MA 02109
Tel: (617) 742-6900  Fax: (617) 973-9500
www.dunnandgoudreau.com

Suffolk County Sheriff's Department
200 Nashua Street
Boston, MA 02114

Ellen M. Caulo, Esq.

Bergeron, et al. -v- Cabral

INVOICE NO.: 977964
INVOICE DATE: 4/19/2006
REPORTER: Virginia Dodge

ID# 04-3176149

| Date | Description | Amount |
|---|---|---|
| | DATE TAKEN: 4/6/06 | |
| | DEPOSITION OF: Elizabeth Keeley | |
| | Copy of Transcript (122 pgs) | 329.40 |
| | CONDENSED TRANSCRIPT | 35.00 |
| | Electronic copy (disk) | 35.00 |
| | PROCESSING FEE | 6.00 |
| | COURIER | 8.00 |
| | Sub Total | 413.40 |
| | Paid | 0.00 |
| | Balance Due | 413.40 |

Terms: Net 30 days from date of invoice.
A service charge of 1.5% per month will
be applied to all past due balances.

RECEIVED
2006 APR 20 PM 12:07
GENERAL COUNSEL'S OFFICE

INSPECTION AND COMPLETION CERTIFICATE
I hereby certify that the services/goods specified above
have been performed/received and inspected by me on
the date(s) specified, that the quantities of materials are
correct, and that performance and quality are
satisfactory as noted. Date: 4/20/06
Print Name Clearly: Jenny Prokopovich
Authorized Signature: J. Prokopovich

orig → TK 4/24/06 of

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# EXPENDITURE REQUEST FORM

Date: 4/20/06

REQ # _____

Department & Facility: ____General Counsel's Office____

PO # _____

Person Requesting: ____Ellen M. Caulo____ Ext. ____3082____

ER # _____

Supervisor: _____ Date: _____

MTM: _James M. Davin_ (Signature Required) Date: 4/24/06

| Qnty | Unit | Description | Code | Price | Total |
|------|------|-------------|------|-------|-------|
|      |      | **Stenographer's fee for deposition taken 4/6/06 in Bergeron, et al v. Cabral USDC05-11661-RGS** |      | $413.40 | $413.40 |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |

**Circle One** (Instructions to Vendor): *Deliver As Requested*    *Deliver At Once (ASAP)*    **Grand Total: $** ____413.40____

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: __Dunn & Goudreau Court Reporting Service, Inc.__    Contact Person(s): __Virginia Dodge__

Vendor Address: __1 State Street, Suite 1150, Boston, MA 02109__

Telephone Number: __617-742-6900__    Fax #: __617-973-9500__

Tax ID Number __04-3176149__    E Mail: _____

**For Administrative Use Only:**

PO: ___ Service Order: ___ Non Order: ___ Contract: ___ [Prof. Services]: ___ _____

Pass FS Review: _____ Comments: _____
              Initials/Date

Sheriff (or Designee) Approval    Date

Pass Budget Check? YES ___ NO ___ _____ Approp/Div/MMARS: _____
              Verified By   Date

Director of Financial Services (or designee): _____
                                                             Initials/Date

**Reminder: Please ensure all pertinent information is provided.**