# DUNN & GOUDREAU COURT REPORTING SERVICE, INC.
One State Street, Suite 1150
Boston, MA 02109
Tel: (617) 742-6900  Fax: (617) 973-9500
www.dunnandgoudreau.com

Suffolk County Sheriff's Department  
200 Nashua Street  
Boston, MA 02114  

Ellen M. Caulo, Esq.  
Bergeron, et al. -v- Cabral  

INVOICE NO.: 977969  
INVOICE DATE: 4/19/2006  
REPORTER: Virginia Dodge  

ID# 04-3176149

| Date | Description | Amount |
|---|---|---|
| | DATE TAKEN: 4/4/06 | |
| | DEPOSITION OF: Cliff Carney | |
| | Copy of Transcript (114 pgs) | 307.80 |
| | CONDENSED TRANSCRIPT | 35.00 |
| | ELECTRONIC FILE (ASCII) | 35.00 |
| | DEPOSITION OF: Michael Harris | |
| | Copy of Transcript (126 pgs) | 340.20 |
| | CONDENSED TRANSCRIPT | 35.00 |
| | ELECTRONIC FILE (ASCII) | 35.00 |
| | PROCESSING FEE | 6.00 |
| | COURIER | 8.00 |

Sub Total  802.00  
Paid  0.00  
Balance Due  802.00  

Terms: Net 30 days from date of invoice.
A service charge of 1.5% per month will
be applied to all past due balances.



INSPECTION AND COMPLETION CERTIFICATE
I hereby certify that the services/goods specified above have been performed/received and inspected by me on the date(s) specified, that the quantities of materials are correct, and that performance and quality are satisfactory as noted. Date: 4/20/06
Print Name Clearly: Jenny Proknarcy
Authorized: J. Proknarcy

RECEIVED 2007 APR 20 PM 12:07 GENERAL COUNSEL'S OFFICE

ong > TK 4/24/06 gp

# SUFFOLK COUNTY SHERIFF'S DEPARTMENT
# EXPENDITURE REQUEST FORM

Date: 4/20/06                                                   REQ # _____

Department & Facility: _____General Counsel's Office_____      PO # _____

Person Requesting: ___Ellen M. Caulo___ Ext. __3082__            ER # _____

Supervisor: _____ Date: _____

MTM: _____James M. Davin_____ Date: 4/24/06
     (Signature Required)

| Qnty | Unit | Description | Code | Price | Total |
|------|------|-------------|------|-------|-------|
|      |      | Stenographer's fee for depositions taken 4/4/06 in Bergeron, et al v. Cabral USDC05-11661-RGS |      | $802.00 | $802.00 |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |
|      |      |             |      |       |       |

**Circle One** (Instructions to Vendor): *Deliver As Requested*   *Deliver At Once (ASAP)*   **Grand Total: $** _____802.00_____

State Reason For Request (Attach Detailed Specifications): See attached invoice.

Vendor Name: __Dunn & Goudreau Court Reporting Service, Inc.__   Contact Person(s): ___Virginia Dodge___

Vendor Address: _____1 State Street, Suite 1150, Boston, MA 02109_____

Telephone Number: ____617-742-6900____                Fax #: ____617-973-9500____

Tax ID Number ____04-3176149____                      E Mail: _____

**For Administrative Use Only:**

PO: ___ Service Order: ___ Non Order: ___ Contract: ___  [Prof. Services]: ___

Pass FS Review: _____ Comments: _____     Sheriff (or Designee) Approval   Date
                Initials/Date

Pass Budget Check?  YES ___  NO ___  _____  Approp/Div/MMARS: _____
                                    Verified By   Date

Director of Financial Services (or designee): _____
                                                    Initials/Date

Reminder: Please ensure all pertinent information is provided.